# UNITED STATES BANKRUPTCY COURT

## District of Colorado

In re:  **Atna Resources, Inc.**  ,  Case No. _____

                **Debtor**  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

    Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Canyon Resources Corp.<br>14142 Denver West Parkway, Suite 250<br>Golden, CO 80401 | EQY | 100   100% | Common |

In re   __Atna Resources, Inc._____          Case No._____
                   **Debtor**                                                                                                                                             **(If known)**

# DECLARATION CONCERNING DEBTOR'S EQUITY

## Equity Holder List

I, Rodney D. Gloss the undersigned authorized officer of Atna Resources, Inc., named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

Date: __11/18/2015_____         Signature: __/s/Rodney D. Gloss_____
                                                                                                             Title: Vice President & Chief Financial Officer