B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Colorado

In re __Atna Resources, Inc.__,  
                  Debtor

Case No. _____  
Chapter __11_____

## CONSOLIDATED
## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Small Mine Development, LLC<br>Keith Jones<br>2550 Industrial Way<br>Battle Mountain, NV 89820<br>kjones@undergroundmining.com | Small Mine Development, LLC<br>Keith Jones<br>2550 Industrial Way<br>Battle Mountain, NV 89820<br>kjones@undergroundmining.com<br>ph: (775) 635-2095<br>Em: kjones@undergroundmining.com | MINING CONTRACTS | | $5,170,107.65 |
| AFCO<br>4501 College Blvd, Ste. 320<br>Leawood, KS 66211 | AFCO<br>4501 College Blvd, Ste. 320<br>Leawood, KS 66211<br><br>ph: (913) 327-5055 | INSURANCE | | $460,732.45 |
| Royal Gold Inc.<br>1660 Wynkoop Street<br>Suite 1000<br>Denver, CO 80202 | Royal Gold Inc.<br>1660 Wynkoop Street<br>Suite 1000<br>Denver, CO 80202<br><br>ph: (303) 573-1660 | ACCOUNTS PAYABLE | | $224,846.33 |
| SC Fuels<br>1800 W. Katellla Ave.<br>Suite 400<br>Orange, CA 92867 | SC Fuels<br>1800 W. Katellla Ave.<br>Suite 400<br>Orange, CA 92867<br><br>ph: (714) 744-7140 | UTILITIES | | $193,373.71 |
| Department of Conservation/OMR<br>801 "K" Street, MS 09-06<br>Sacramento, CA 95814-3529 | Department of Conservation/OMR<br>801 "K" Street, MS 09-06<br>Sacramento, CA 95814-3529<br>ph: 916-322-1080 | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | $157,331.60 |
| Quality Transportation, Inc.<br>1110 Muleshoe Rd.<br>P.O. Box 367<br>Battle Mountain, NV 89820 | Quality Transportation, Inc.<br>1110 Muleshoe Rd.<br>P.O. Box 367<br>Battle Mountain, NV 89820<br>ph: (775) 635-2443 | SERVICE AGREEMENTS | | $123,518.87 |
| Montana Departmet of Environmental Quality<br>P. O. Box 200901<br>Helena, MT 59620-0901 | Montana Departmet of Environmental Quality<br>P. O. Box 200901<br>Helena, MT 59620-0901<br>ph: (406) 444-1455 | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | $117,446.90 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Colorado

In re   Atna Resources, Inc.   ,          Case No. _____
              **Debtor**                          Chapter   11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Cutting Edge Supply<br>234 East "O" Street<br>Colton, CA 92324 | Cutting Edge Supply<br>234 East "O" Street<br>Colton, CA 92324<br><br>ph: (800) 949-9014 | ACCOUNTS PAYABLE | | $89,895.05 |
| Road Machinery LLC<br>File # 749357<br>Los Angeles, CA 90074-9357 | Road Machinery LLC<br>File # 749357<br>Los Angeles, CA 90074-9357<br><br>ph: (602) 252-7121 | ACCOUNTS PAYABLE | | $76,238.69 |
| Great Basin Unified Air Pollution Control District<br>157 Short St.<br>Bishop, CA 93514 | Great Basin Unified Air Pollution Control District<br>157 Short St.<br>Bishop, CA 93514<br><br>ph: (760) 872-8211<br>fx: (760) 872-6109 | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | $75,000.00 |
| TOTAL Specialties USA, Inc.<br>1201 Louisiana Street, Ste 1800<br>Houston, TX 77002 | TOTAL Specialties USA, Inc.<br>1201 Louisiana Street, Ste 1800<br>Houston, TX 77002<br><br>ph: (713) 969-4649 | ACCOUNTS PAYABLE | | $62,428.53 |
| AmeriGas Propane LP<br>P. O. Box 0021507<br>Pasadena, CA 91185-0001 | AmeriGas Propane LP<br>P. O. Box 0021507<br>Pasadena, CA 91185-0001<br><br>ph: (800) 800-9419 | UTILITIES | | $60,486.52 |
| Western Mining Services, Inc.<br>1140 Partee Lane<br>Ceres, CA 95307 | Western Mining Services, Inc.<br>1140 Partee Lane<br>Ceres, CA 95307<br><br>ph: (209) 521-1410 | ACCOUNTS PAYABLE | | $57,806.75 |
| Anthem Blue Cross Blue Sheild<br>P.O. Box 541029<br>Los Angeles, CA 90054-1029 | Anthem Blue Cross Blue Sheild<br>P.O. Box 541029<br>Los Angeles, CA 90054-1029<br><br>ph: 303-869-3123 | INSURANCE | | $51,284.70 |
| GE Betz, Inc.<br>P. O. Box 846046<br>Dallas, TX 75284-6046 | GE Betz, Inc.<br>P. O. Box 846046<br>Dallas, TX 75284-6046<br><br>ph: (866) 755-5936 | ACCOUNTS PAYABLE | | $48,622.54 |
| Alpha Explosives<br>P.O. Box 310<br>Lincoln, CA 95648 | Alpha Explosives<br>P.O. Box 310<br>Lincoln, CA 95648<br><br>ph: (916) 645-3377 | ACCOUNTS PAYABLE | | $47,454.22 |
| Elwood Staffing<br>P.O. Box 27008<br>Salt Lake City, UT 84127 | Elwood Staffing<br>P.O. Box 27008<br>Salt Lake City, UT 84127<br><br>ph: (801) 963-2500 | ACCOUNTS PAYABLE | | $46,564.21 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Colorado

In re   Atna Resources, Inc.         ,
              **Debtor**

Case No. _____
Chapter   11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Thiessen Team USA, Inc.<br>P. O. Box 40<br>Elko, NV 89803 | Thiessen Team USA, Inc.<br>P. O. Box 40<br>Elko, NV 89803<br><br>ph: (775) 777-1205 | ACCOUNTS PAYABLE | | $45,795.71 |
| Maga Trucking and Repair, Inc.<br>4505 West Winnemucca Boulevard<br>P. O. Box 225<br>Winnemucca, NV 89446 | Maga Trucking and Repair, Inc.<br>4505 West Winnemucca Boulevard<br>P. O. Box 225<br>Winnemucca, NV 89446<br><br>ph: (775) 623-2768 | ACCOUNTS PAYABLE | | $43,809.73 |
| Ramco<br>1775 West State Street<br>#339<br>Boise, ID 83702 | Ramco<br>1775 West State Street<br>#339<br>Boise, ID 83702<br><br>ph: (775) 623-4567 | ACCOUNTS PAYABLE | | $43,500.00 |
| Barrick Turquoise Ridge Inc.<br>P.O. Box 1040<br>Elko, NV 89803 | Barrick Turquoise Ridge Inc.<br>P.O. Box 1040<br>Elko, NV 89803<br><br>ph: 775-748-1240 | MINING CONTRACTS | | $42,663.69 |
| Aggreko LLC<br>4607 W Admiral Doyle Drive<br>New Iberia, LA 70560 | Aggreko LLC<br>4607 W Admiral Doyle Drive<br>New Iberia, LA 70560<br><br>ph: (800) 244-7356 | ACCOUNTS PAYABLE | | $41,299.21 |
| GCR Tire Centers<br>Department 530<br>Denver, CO 80291-0530 | GCR Tire Centers<br>Department 530<br>Denver, CO 80291-0530<br><br>ph: (562) 926-9275 | ACCOUNTS PAYABLE | | $41,111.95 |
| NV Energy<br>P. O. Box 30065<br>Reno, NV 89520 | NV Energy<br>P. O. Box 30065<br>Reno, NV 89520<br><br>ph: (775) 834-4444 | UTILITIES | | $37,732.50 |
| 213-Praxair Distribution Inc.<br>Department LA 21511<br>Pasadena, CA 91185-1511 | 213-Praxair Distribution Inc.<br>Department LA 21511<br>Pasadena, CA 91185-1511<br><br>ph: (800) 266-4369 | ACCOUNTS PAYABLE | | $32,631.71 |
| Quinn Company<br>Department 9665<br>Los Angeles, CA 90084-9665 | Quinn Company<br>Department 9665<br>Los Angeles, CA 90084-9665<br><br>ph: (562) 463-4000 | ACCOUNTS PAYABLE | | $27,530.74 |
| Cashman Equipment Rental Company, LLC<br>PO Box 843397<br>Los Angeles, CA 90084-3397 | Cashman Equipment Rental Company, LLC<br>PO Box 843397<br>Los Angeles, CA 90084-3397<br><br>ph: (800) 937-2326 | ACCOUNTS PAYABLE | | $25,167.91 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Colorado

In re __Atna Resources, Inc.__ ,          Case No. _____
         **Debtor**                       Chapter __11__

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Atlas Copco CMT USA, LLC<br>P. O. Box 200948<br>Pittsburgh, PA 15251-0948 | Atlas Copco CMT USA, LLC<br>P. O. Box 200948<br>Pittsburgh, PA 15251-0948<br><br>ph: (303) 287-8822 | ACCOUNTS PAYABLE | | $22,564.26 |
| Silver State Fire Safety Service<br>1430 Stitzel Rd Ste. B<br>P.O. Box 1465<br>ELKO, NV 89801 | Silver State Fire Safety Service<br>1430 Stitzel Rd Ste. B<br>P.O. Box 1465<br>ELKO, NV 89801<br><br>ph: (775) 777-3776<br>fx: (775) 778-6673 | ACCOUNTS PAYABLE | | $20,935.63 |
| Airgas Specialty Products, Inc<br>PO Box 934434<br>Atlanta, GA 31193-4434 | Airgas Specialty Products, Inc<br>PO Box 934434<br>Atlanta, GA 31193-4434<br><br>ph: (800) 241-5882 | ACCOUNTS PAYABLE | | $20,728.72 |

In re    Atna Resources, Inc.                                                                                   Case No._____
              **Debtor**                                                                                                                                    **(If known)**

# DECLARATION REGARDING LIST OF CREDITORS

**DECLARATION UNDER PENALTY OF PERJURY REGARDING the TOP 30 UNSECURED CLAIMS ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Rodney D. Gloss, the Vice President & Chief Financial Officer of the Atna Resources, Inc. named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 30 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   11/18/2015                                                                          Signature:   /s/Rodney D. Gloss
                                                                                                                            Title: Vice President & Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571