**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Minutes of Electronically Recorded Proceeding
Held **Friday, November 20, 2015**, Before Honorable Sidney B. Brooks

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Bankruptcy Case No.** |
| **ATNA RESOURCES, INC.** | ) | **15-22848 - SBB** |
| **Tax ID / EIN: 98-0087557** | ) | **Chapter 11** |
| | ) | |
| | ) | |
| **Debtor(s).** | ) | |

☒   Appearances:

Debtor(s),   Atna Resources, Inc.:                     Counsel: Stephen Lerner
                                                        Counsel: Andrew Simon
                                                        Counsel: Aaron Boschee

Trustee,   United States Trustee:               Counsel: Alison Goldenberg (by phone)
Creditor,   Waterton Precious Metals Fund II Cayman, L.P.:   Counsel: Chris Richardson and Jessica Boulter

☐   No appearances:

Proceedings:      **Forthwith hearing regarding Debtor's Motion Seeking Expedited Entry of Orders filed November 19, 2015 (Docket #12) regarding the following: Interim Order Granting Debtors' Expedited Motion for Interim and Final Orders (I) Determining Adequate Assurance of Payment of Future Utility Services, (ii) Establishing Determination and Opt-Out Procedures and (iii) Restraining Utility Companies from Discontinuing, Altering or Refusing Service filed November 19, 2015 (Docket #16)**

☒   Entry of appearances and statements/arguments made

☒   Evidentiary[1]

☐   Witnesses sworn, as noted below, or ☐ see attached list

☐   Exhibits entered, as noted below, or ☐ see attached list

☒   **Also present in the court was the CFO of Debtor Atna Resources Ltd.**

**Mr. Lerner informed the Court regarding the nature and character of the Debtor and its various affiliate companies. Mr. Lerner and Mr. Simon made offers of proof in support of the relief being sought by the Debtor.**

Orders:

☒   Oral findings and conclusions made of record

☒   IT IS ORDERED as follows:

1.   Debtor's Motion for Expedited Motion for **Interim** Orders (I) Determining Adequate Assurance of Payment of Future Utility Services, (ii) Establishing Determination and Opt-Out Procedures and (iii) Restraining Utility Companies from Discontinuing, Altering or Refusing Service filed November 19, 2015 (Docket #16) is **GRANTED.**  A final order is to be requested by the Debtor in due course.
2.   A separate order will be issued herewith.

FOR THE COURT:
*Kenneth S. Gardner, Clerk*
/s/ S. Pawar
By:   S. Pawar, Law Clerk

---

[1] Evidentiary for statistical reporting purposes.