# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | Case No. 15-22848 |
| | ) | |
| Atna Resources Inc., | ) | (Joint Administration Requested) |
| | ) | |
|     Debtor. | ) | Chapter 11 |
| | ) | |
| Tax ID No. 98-0087667 | ) | |
| | ) | |
| In Re: | ) | Case No. 15-22849 |
| | ) | |
| Canyon Resources Corporation, | ) | (Joint Administration Requested) |
| | ) | |
|     Debtor. | ) | Chapter 11 |
| | ) | |
| Tax ID No. 84-0800747 | ) | |
| | ) | |
| In Re: | ) | Case No. 15-22850 |
| | ) | |
| CR Briggs Corporation, | ) | (Joint Administration Requested) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| Tax ID No. 84-1150850 | ) | |
| | ) | |
| In Re: | ) | Case No. 15-22851 |
| | ) | |
| CR Montana Corporation, | ) | (Joint Administration Requested) |
| | ) | |
|     Debtor. | ) | Chapter 11 |
| | ) | |
| Tax ID No. 84-1150849 | ) | |
| | ) | |
| In Re: | ) | Case No. 15-22852 |
| | ) | |
| CR Kendall Corporation, | ) | (Joint Administration Requested) |
| | ) | |
|     Debtor. | ) | Chapter 11 |
| | ) | |


| | |
|---|---|
| Tax ID No. 84-1084257 | ) |
| _____) | _____ |
| ) | |
| In Re: ) | Case No. 15-22853 |
| ) | |
| Atna Resources Ltd., ) | (Joint Administration Requested) |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| Tax ID No. N/A ) | |
| _____) | _____ |
| ) | |
| In Re: ) | Case No. 15-22854 |
| ) | |
| Horizon Wyoming Uranium, Inc. ) | (Joint Administration Requested) |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| Tax ID No. 20-5676193 ) | |
| _____) | _____ |

### UNITED STATES TRUSTEE'S AMENDED APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE
#### (Single Committee Appointment for All Seven Jointly Administered Cases)

The United States Trustee hereby files an appointment of an Official Unsecured Creditors Committee. On November 20, 2015, an order was entered for joint administration of the seven above-mentioned cases. A single committee is hereby appointed for all three jointly administered cases as follows:

Southern Counties Oil Co. LP dba SC Fuels*
1800 W. Katella Avenue
Suite 400
Orange, CA   92867
Contact:   Robert Bollar (714) 516-7261
bollarr@scfuels.com

Total Specialties USA, Inc.
1201 Louisiana Street, Suite 1800
Houston, TX   77002
Contact:   Ronke Sodeinde (713) 969-4639
Ronke.sodeinde@total.com

Cutting Edge Supply
234 East "O" Street
Colton, CA   92324
Contact:   Brian Tramison (909) 825-4017
briant@cuttingedgesupply.com

Western Mining Services, LLC
1140 Partee Lane
Ceres, CA    95307
Contact:   Mike Loche (209) 521-1410
mloche@westernminingservices.com

Thiessen Team, USA Inc.
1840 Sharps Access Road
Elko, Nevada    89801
Contact:   Ivano Belfiore
ibelfiore@thiessenteam.com

*Robert Bollar is appointed as the Chair for the Unsecured Creditors Committee.

Dated:    December 15, 2015               Respectfully submitted,

                                          PATRICK S. LAYNG
                                          UNITED STATES TRUSTEE

                                          /s/ Alison Goldenberg
                                          By: Alison Goldenberg, Esq. #37138
                                          Trial Attorney for the U.S. Trustee
                                          1961 Stout Street, Suite 12-200
                                          Denver, CO   80294
                                          (303) 312-7238
                                          (303) 312-7259 fax
                                          Alison.Goldenberg@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the **UNITED STATES TRUSTEE'S AMENDED APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was served by deposit in the United States Mail, postage prepaid, to the following parties below and on the attached mailing matrix:

Atna Resources, Inc.
14142 Denver West Parkway
Suite 250
Golden, CO 80401

Canyon Resources Corporation
14142 Denver West Parkway, Ste. 250
Golden, CO 80401

CR Briggs Corporation
14142 Denver West Parkway, Ste. 250
Golden, CO 80401

CR Montana Corporation
14142 Denver West Parkway, Ste. 250
Golden, CO 80401

CR Kendall Corporation
14142 Denver West Parkway, Ste. 250
Golden, CO 80401

Atna Resources Ltd.
14142 Denver West Parkway, Ste. 250
Golden, CO   80401

Great Basin Unified Air Pollution Control District
Phillip L. Kiddoo, APCO
157 Short Street
Bishop, CA   93514
Attn:   David Nam

Horizon Wyoming Uranium, Inc.
14142 Denver West Parkway, Ste. 250
Golden, CO 80401

Aaron Boschee
Squire Patton Boggs (US) LLP
1801 California St.
Ste. 4900
Denver, CO 80202

Nava Hazan
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112

Stephen D. Lerner
Squire Patton Boggs (US) LLP
221 E. Fourth St.
#2900
Cincinnati, OH 45202

Peter R. Morrison
Squire Patton Boggs (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, OH 44114

Andrew Michael Simon
Squire Patton Boggs (US) LLP
221 E. Fourth St., Ste. 2900
Cincinnati, OH 45202

Elliot M. Smith
Squire Patton Boggs (US) LLP
221 E. Fourth St., Ste. 2900
Cincinnati, OH 45202

Peter A. Cal, Esq., #27779
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Eric E. Johnson, Esq.
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Christopher L. Richardson, Esq., No. 13437
Davis Graham &Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202

Risa Lynn Wolf-Smith
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749

Brian P. Gaffney
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202

Douglas W. Brown
Brown, Berardini & Dunning, P.C.
2000 South Colorado Boulevard
Tower Two, Suite 700
Denver, Colorado 80222

Matthew J. Ochs, #31713
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado 80201-8749

Reed W. Morgan
Oren B. Haker (admission pending)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204

Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Avenue
Suite 400
Orange, CA   92867
Attn:   Robert Bollar

Total Specialties USA, Inc.
1201 Louisiana Street, Suite 1800
Houston, TX   77002
Attn:   Ronke Sodeinde

Cutting Edge Supply
234 East "O" Street
Colton, CA   92324
Attn:   Brian Tramison

Western Mining Services, LLC
1140 Partee Lane
Ceres, CA   95307
Attn:   Mike Loche

Thiessen Team USA Inc.
1840 Sharps Access Road
Elko, NV 89801
Attn:   Ivano Belfiore

Jessica C.K. Boelter
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Matthew G. Martinez
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

Thiessen Team, USA Inc.
1840 Sharps Access Road
Elko, Nevada    89801
Attn:    Ivano Belfiore


Dated:  December 15, 2015

                                                /s/Nicole Nagler
                                                Office of the United States Trustee