**Fill in this information to identify the case:**

Debtor name: Atna Resources, Inc.

United States Bankruptcy Court for the: District of Colorado

Case number (If known): 15-22848(SBB)    Chapter: Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**: OTHER<br>**State the term remaining**:<br>**List the contract number of any government contract**: | ARI<br>14142 Denver West Parkway<br>Golden, CO 80401 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**: OTHER<br>**State the term remaining**:<br>**List the contract number of any government contract**: | ARI<br>14142 Denver West Parkway<br>Golden, CO 80401 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**: OTHER<br>**State the term remaining**:<br>**List the contract number of any government contract**: | Barbara P Noceto<br>2222 Lido Circle Box 3<br>Stockton, CA 95207 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**: SALES AGREEMENT<br>**State the term remaining**:<br>**List the contract number of any government contract**: | Barrick Goldstrike Mines Inc.<br>27 Miles North of Carlin<br>Carlin, NV 89803 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**: SERVICE AGREEMENTS<br>**State the term remaining**:<br>**List the contract number of any government contract**: | Barrick Turquoise Ridge Joint Venture<br>28 Miles NE Golconda, HC66 Box 220<br>Golconda, NV 89414 |

Debtor  Atna Resources, Inc.                                    Case number (if known) 15-22848(SBB)
        Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE | Canyon Resources Corporation<br><br>14142 Denver West Parkway<br>Suite 250<br>Golden, CO 80401 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Equipment Lease | CCA Financial Services, LLC.<br><br>7275 Glen Forest Drive, Suite 100<br>Richmond, VA 23226 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY | Century 21 Sonoma Reality<br><br>1099 West Winnemucca Blvd<br>Winnemucca, NV 89445 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY | Century 21 Sonoma Reality<br><br>1099 West Winnemucca Blvd<br>Winnemucca, NV 89445 |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY | Christison et al<br><br>Po Box 10, HC 66<br>Golconda, NV 89414 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OTHER | Duncan Family<br><br>2673 Spearpoint Drive<br>Reno, NV 89509 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | Ford Motor Credit<br><br>2800 American Legion Blvd.<br>Mountain Home, ID 83647 |

Debtor  Atna Resources, Inc.                                    Case number (*if known*) 15-22848(SBB)
       Name



### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY | Franco Nevada US Corp<br><br>1745 Shea Center Dr. Suite 400<br>Highlands Ranch, CO 80129 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | Golder Associates<br><br>44 Union Blvd, Suite 300<br>Lakewood, CO 80228 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY | Gregory Austin<br><br>1555 Nixon Ave.<br>Reno, NV 89509 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | Jackson Lewis LLP<br><br>725 S. Figueroa St., Suite 2500<br>Los Angeles, CA 90017-5408 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY | Jackson Mountain Mining Co.<br><br>100 California Avenue<br>Reno, NV 89509 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OTHER | Kate M Murphy<br><br>1801 Woodstream Court<br>Westfield, IN 46074 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | Lewis Environmental Consulting LLC<br><br>P.O. Box 189<br>Winnemucca, NV 89446-0189 |

Debtor  Atna Resources, Inc.  
     Name

Case number (*if known*) 15-22848(SBB)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LICENSE AGREEMENT | Mine Ventilation Services, Inc.<br><br>1625 Shaw Ave., Suite 103<br>Clovis, CA 93611 |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | Newmont USA Limited<br><br>1655 Mountain City Highway<br>Elko, NV 89801 |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | Newmont USA Limited<br><br>1655 Mountain City Highway<br>Elko, NV 89801 |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | Nitel, Inc.<br><br>1101 W Lake Street #600<br>Chicago, IL 60607 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | Nitel, Inc.<br><br>1101 W Lake Street #600<br>Chicago, IL 60607 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OTHER | Patricia B Phillips<br><br>4220 County Road 200<br>Orland, CA 95963 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT | Pinson Mining Company<br><br>136 East South Temple, Suite 1800<br>Salt Lake City, UT 84111 |

Debtor  Atna Resources, Inc.                                    Case number (*if known*) 15-22848(SBB)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OTHER | Pinson Mining Company<br><br>136 East South Temple, Suite 1800<br>Salt Lake City, UT 84111 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENTS | Quality Transportation, Inc.<br><br>1110 Muleshoe<br>Battle Mountain, NV 89820 |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OTHER | Royal Crescent Valley<br><br>1600 Wynkoop, Suite 1000<br>Denver, CO 80202 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MINING CONTRACTS | Small Mine Development LLC<br><br>967 E. Park Center Blvd., PMB 396<br>Boise, ID 83706 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OTHER | State of Nevada Division of Water Resources<br><br>901 South Stewart St., Suite 2002<br>Carson City, NV 89701 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY | Susan Genevish<br><br>475 S. Church Street, Unit D<br>Hendersonville, NC 28792 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OTHER | Waterton Nevada Splitter, LLC<br><br>199 Bay Street, Suite 5050<br>Toronto M5L 1E2<br>CA |

Debtor: Atna Resources, Inc.  
Case number (*if known*) 15-22848(SBB)

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease | Wells Fargo Equipment Finance, Inc.<br><br>733 Marquette Avenue, Suite 700<br>Minneapolis, MN 55402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |