**Fill in this information to identify the case:**

Debtor name ___Atna Resources, Inc.___

United States Bankruptcy Court for the: ___District of Colorado___ District of ___
(State)

Case number (If known): ___15-22848 (SBB)___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | See Attached Exhibit Schedule H<br>Street<br><br>City            State            ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street<br><br>City            State            ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street<br><br>City            State            ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street<br><br>City            State            ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street<br><br>City            State            ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street<br><br>City            State            ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Atna Resources, Inc.**

**Exhibit to Schedule H**

| Codebtor | Creditor | Address | Check all schedules that apply: D | E/F | G |
|---|---|---|---|---|---|
| Atna Resources Ltd. | Waterton Precious Metals Fund II Cayman, L.P. | Suite 5050 199 Bay Street, Toronto, ON M5L 1E2 CA | X | | |
| Canyon Resources Corporation | Waterton Precious Metals Fund II Cayman, L.P. | Suite 5050 199 Bay Street, Toronto, ON M5L 1E2 CA | X | | |
| CR Briggs Corporation | Waterton Precious Metals Fund II Cayman, L.P. | Suite 5050 199 Bay Street, Toronto, ON M5L 1E2 CA | X | | |
| CR Kendall Corporation | Waterton Precious Metals Fund II Cayman, L.P. | Suite 5050 199 Bay Street, Toronto, ON M5L 1E2 CA | X | | |
| CR Montana Corporation | Waterton Precious Metals Fund II Cayman, L.P. | Suite 5050 199 Bay Street, Toronto, ON M5L 1E2 CA | X | | |
| Horizon Wyoming Uranium Inc. | Waterton Precious Metals Fund II Cayman, L.P. | Suite 5050 199 Bay Street, Toronto, ON M5L 1E2 CA | X | | |
| CR Briggs Corporation | Caterpillar Financial Commercial Account Corporation | 2120 West End Avenue, Nashville, TN 37203 US | X | X | X |
| Atna Resources Ltd. | Enterprise Fleet Management, Inc. | 7201 South Fulton Centennial, CO 80112 US | X | | X |
| CR Briggs Corporation | Enterprise Fleet Management, Inc. | 7201 South Fulton Centennial, CO 80112 US | X | | X |
| Canyon Resources Corporation | Enterprise Fleet Management, Inc. | 7201 South Fulton Centennial, CO 80112 US | X | | X |
| CR Kendall Corporation | Enterprise Fleet Management, Inc. | 7201 South Fulton Centennial, CO 80112 US | X | | X |
| CR Montana Corporation | Enterprise Fleet Management, Inc. | 7201 South Fulton Centennial, CO 80112 US | X | | X |