# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **In re:** ) | Case No. 15-22848 JGR |
| ) | |
| **Atna Resources Inc.,** *et al*. ) | Chapter 11 |
| ) | |
| **Debtors.**[1] ) | Jointly Administered Under |
| ) | Case No. 15-22848 |

---

### NOTICE OF MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF AN ORDER REJECTING EXECUTORY EQUIPMENT LEASES PURSUANT TO SECTION 365(a) OF THE BANKRUPTCY CODE

---

### OBJECTION DEADLINE: JANUARY 22, 2016

**YOU ARE HEREBY NOTIFIED** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a *Motion of Debtors and Debtors in Possession for Entry of an Order Rejecting Executory Equipment Leases Pursuant to Section 365(a) of the Bankruptcy Code* (the "Motion") with the bankruptcy court and request the following relief: the entry of an order rejecting certain executory equipment leases, attached to the Motion as Exhibit B.

A copy of the Motion is available for inspection in the Bankruptcy Court Clerk's Office, 721 19th Street, Denver, Colorado 80202, at the Debtors' case website at www.upshotservices.com/atna, or upon request from the undersigned. If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

---

[1] The debtors and debtors in possession and their respective cases numbers subject to this order are: Atna Resources Inc. (15-22848), Canyon Resources Corporation (15-22849), CR Briggs Corporation (15-22850), CR Montana Corporation (15-22851), CR Kendall Corporation (15-22852), Atna Resources Ltd. (15-22853) and Horizon Wyoming Uranium, Inc. (15-22854).

Dated: January 8, 2016                    By: SQUIRE PATTON BOGGS (US) LLP

/s/ Andrew M. Simon
Andrew M. Simon (Ohio #0084258)
Stephen D. Lerner (Ohio #0051284)
Squire Patton Boggs (US) LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202
(513) 361-1200 (phone)
(513) 361-1201 (fax)
Andrew.simon@squirepb.com
Stephen.lerner@squirepb.com
Admitted to District Court for District of Colorado

Nava Hazan (NY # 3064409)
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
(212) 872-9800
(212) 872-9815
Nava.hazan@squirepb.com
Admitted to District Court for District of Colorado

Aaron A. Boschee (Colorado #38675)
Squire Patton Boggs (US) LLP
1801 California Street, Suite 4900
Denver, CO 80202
(303) 830-1776 (phone)
(303) 894-9239 (fax)
Aaron.boschee@squirepb.com

*Attorneys for the Debtors and Debtors in Possession*