## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

# EXHIBIT A

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                    January 27, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | LenderInvest |
| Inv #: | 7757 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      Lender Investigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-21-15 | Download UCC-1 filings for all entities | 1.00 | 0.00 | GP |
| Dec-30-15 | Review lender loan documents for titled vehicle liens and claims to titled collateral | 1.10 | 385.00 | MJG |
|  | Organize and commence review of all prepetition loan documents, and commence spreadsheet on same | 3.80 | 1,140.00 | AAW |
|  | Download UCC-1 documents for all debtors | 0.40 | 60.00 | GP |
| Dec-31-15 | Review loan documents and security agreements (1.0); research certificate of title statutes relating to perfection of motor vehicles (1.5); review objection to asset sale motion (.4) | 2.90 | 1,015.00 | MJG |
|  | Download UCC-1 filings for all entities and create summary of same | 1.20 | 180.00 | GP |
|  | Totals | 10.40 | $2,780.00 |  |

| **Total Fee & Disbursements** | **$2,780.00** |
|---|---|
| **Balance Now Due** | **$2,780.00** |

TAX ID Number      20-1238208

### *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123                    Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                          January 27, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

| | | |
|---|---|---|
| File #: | | AtnaCC |
| Inv #: | | 7758 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**       Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-21-15 | Telephone call with N. Hazan regarding introduction as Committee counsel, request for information and basic case status and upcoming 341 meeting | 0.70 | 245.00 | MJG |
| | E-mail to N. Hazan regarding confirmation of documents requested from Debtor | 0.30 | 105.00 | MJG |
| | Telephone call to and e-mail to Sidely & Austin regarding request for information and documents from Waterton | 0.50 | 175.00 | MJG |
| | Prepare draft of proposed bylaws for committee and confidentiality agreement | 2.00 | 700.00 | MJG |
| | Review and revise draft of application to employ firm as committee counsel, declaration and proposed order, revise and approve finals to file | 0.50 | 175.00 | MJG |
| | Prepare and send e-mail to committee with case updates, proposed bylaws and agreements, and agenda for conference call | 0.40 | 140.00 | MJG |
| | Review and approve entries of appearance for counsel to committee | 0.20 | N/C | MJG |
| | Telephone call with A. Goldenberg at US Trustee regarding committee selection of counsel | 0.20 | N/C | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Conference with M. Guyerson regarding case overview, lender issues (.4); conference call with M. Guyerson and debtor counsel (.7) | 1.10 | 412.50 | CCO |
|  | Review and revise committee confidentiality agreement, bylaws (.3); review first day affidavit and interim order (.3); conference with M. Guyerson regarding loan structure, tasks (.3) | 0.90 | 337.50 | CCO |
|  | Draft caption and certificate of service, entry of appearances, application to employ, affidavit and proposed order (1.1); conference with M. Guyerson regarding pleadings (.2); revise application to employ documents (.4); finalize entries of appearance (.2); file entries of appearance (.3); revise, finalize and file application to employ firm (.4) | 2.60 | 260.00 | BAM |
|  | Calendar first meeting and invite committee members (.3); serve pleadings filed (.3); docket pleadings (.2) | 0.80 | N/C | BAM |
|  | Review proposed agenda for committee meeting (.1); conference with M. Guyerson concerning representation (.1) | 0.20 | 60.00 | AAW |
|  | Download docket files related to joint administration and appointment of committee (.3); revise and format draft bylaws (1.8); revise and format confidentiality agreement (.6); review pleadings, including cash collateral motion and order thereto and motion for interim comp procedures(.9); review summary of schedules and statement of financial affairs for all entities in preparation of 341 meeting, summary memo to M. Guyerson (2.0) | 5.60 | 840.00 | GP |
| Dec-22-15 | Conference call with Committee, adopt bylaws and establish action items going forward | 1.00 | 350.00 | MJG |
|  | Prepare draft of questions and exam for 341 meeting | 1.40 | 490.00 | MJG |
|  | Review and reply to e-mail from Debtor's counsel regarding documents requested and de minimis asset sale | 0.30 | 105.00 | MJG |
|  | Review SEC filings, schedules and statement | 3.00 | 1,050.00 | MJG |

|  | | | | |
|---|---|---|---|---|
|  | of financial affairs for seven entities for 341 meeting, note issues and questions to ask | | | |
|  | Review letter and enclosures from creditor QA Lubricants regarding inter company transfers | 0.30 | 105.00 | MJG |
|  | Telephone call to A. Goldenberg regarding 341 meeting and issues and questions of committee | 0.40 | 140.00 | MJG |
|  | Attend 341 meeting of creditors | 2.50 | 875.00 | MJG |
|  | Review and analyze debtor's motion to sell de minimis assets, forward to committee for review | 1.20 | 420.00 | MJG |
|  | Further review of cash collateral and DIP order, and conference with M. Guyerson regarding particular provisions (.8); conference with M. Guyerson et al to plan case approach (.5) | 1.30 | 487.50 | CCO |
|  | Attend committee call | 1.10 | 412.50 | CCO |
|  | Docket pleadings (.1); create notebook for creditors meeting (.5); schedule committee call and invite members (.2) | 0.80 | N/C | BAM |
|  | Participate in committee conference call and subsequent firm conference concerning issues to address (1.7); review employee motion, affidavit and order in connection with bonus and other payments, note inconsistencies and email to M. Guyerson (.7); briefly review motion to sell assets (.2) | 2.60 | 780.00 | AAW |
|  | Conference call with committee (1.0) discuss conference call and other matters with M. Guyerson, C. Onsager, and A. White (.6) | 1.60 | N/C | GP |
| Dec-23-15 | Brief research on cases cited in motion and propriety of limited notice sale process | 0.90 | 315.00 | MJG |
|  | Docket pleadings, save signed confidentiality agreements and DIP agreement (.3); review docket for hearings and deadlines, calendar same (.7) | 1.00 | N/C | BAM |
|  | Prepare for and attend 341 meeting; search for pleadings on Canadian case, and email to A. Boschee concerning same | 2.80 | 840.00 | AAW |

| | | | | |
|---|---|---|---|---|
| Dec-24-15 | Review notes taken at 341 meeting and commence drafting summary | 1.00 | 300.00 | AAW |
| Dec-26-15 | Summary memorandum to Committee on 341 meeting, forward to A. White | 2.50 | 875.00 | MJG |
| Dec-28-15 | Finalize Committee memorandum, prepare e-mail and attachments and send for conference call | 1.00 | 350.00 | MJG |
| | Review Application to employ Maxit, Affidavit and fee letter, note issues and concerns over costs, possible objections | 1.30 | 455.00 | MJG |
| | Telephone call to A. Goldenberg regarding Maxit application to employ and her objection | 0.20 | 70.00 | MJG |
| | Telephone call to Debtors' counsel regarding request extension of objection period for Maxit employment application | 0.10 | N/C | MJG |
| | Review docket and pleadings, draft objection and hearing deadline spreadsheet | 1.00 | 100.00 | BAM |
| | Docket pleadings, saved Waterton Credit documents, scan and save documents for Committee meeting (.4); email pleadings link to Committee members (.1); conference with M. Guyerson regarding same (.1); download application to employ Maxit Capital (.1) | 0.70 | N/C | BAM |
| | Review and revise M. Guyerson's summary of 341 meeting, and incorporate portions of my summary (1.0); review list of committee questions on DIP Loan and draft of DIP loan objection list (.3) | 1.30 | 390.00 | AAW |
| | Research Maxit Capital (.8); review motion to employ Maxit and draft possible objections for M. Guyerson (.8) | 1.60 | 240.00 | GP |
| Dec-29-15 | Committee status call, post 341 meeting update | 0.80 | 280.00 | MJG |
| | E-mail with list of objection and concerns to Debtors' counsel over Maxit application to employ | 1.00 | 350.00 | MJG |
| | Draft motion and proposed order for extension of time to object to application to employ Maxit Capital (.5); finalize and file same (.3); | 0.80 | 80.00 | BAM |

serve same and email to clients  (.2) (NO CHARGE .2); docket pleadings and email same to client (.2) (NO CHARGE .2)

| | | | | |
|---|---|---|---|---|
| | NO CHARGE | 0.40 | N/C | BAM |
| | Conference call with committee (.5) (NO CHARGE .5); review motion to sell de minimis assets and related orders, draft objection to same (3.0) | 3.00 | 450.00 | GP |
| | NO CHARGE | 0.40 | N/C | GP |
| Dec-30-15 | Review e-mail and attachments from A. Goldenberg regarding alleged assets sales on Craigslist | 0.20 | 70.00 | MJG |
| | E-mail to Debtors' counsel regarding unauthorized assets sales | 0.30 | 105.00 | MJG |
| | Revise objection to de minimus asset sale motion per unauthorized asset sales and send draft objection to Committee for review | 1.00 | 350.00 | MJG |
| | Telephone call from attorneys for Maxit regarding question over Committees concerns over employment | 0.70 | 245.00 | MJG |
| | Review email from UST on debtors' unauthorized sale of equipment and attachments (.5); review amended motion to sell assets and other incoming pleadings (.3) | 0.80 | 240.00 | AAW |
| | Revise objection to de minimis asset sale motion and send same to M. Guyerson | 0.20 | N/C | GP |
| Dec-31-15 | Save and revise exhibit to objection to motion to sell assets, attach Craigslist advertisements (.3); docket pleadings (.1) (NO CHARGE .1); revise, finalize and file same (.3); serve same (.3) (NO CHARGE .3) | 0.60 | 60.00 | BAM |
| | NO CHARGE | 0.40 | N/C | BAM |
| | Totals | 59.50 | $14,830.00 | |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| Dec-31-15 | Copy Charges December 2015 | 162.20 | |

Postage Charges December 2015                              51.50

Totals                                                    $213.70

**Total Fee & Disbursements**                             **$15,043.70**

**Balance Now Due**                                       **$15,043.70**

TAX ID Number        20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                             January 27, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | DIPloan |
| Inv #: | 7759 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**     DIP Loan

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-22-15 | Review and analyze DIP credit agreement and supporting schedules supplied by Waterton counsel, note issues of concern for 341 meeting | 1.50 | 525.00 | MJG |
|  | Review and analyze SEC filings for June and Sept 2015 regarding 341 meeting and DIP loan issues | 2.30 | 805.00 | MJG |
| Dec-23-15 | Examine possible preferential payments to recover, DIP lien granted in proceeds | 1.00 | 350.00 | MJG |
| Dec-26-15 | Prepare draft of potential objections and comments on proposed final DIP order | 1.60 | 560.00 | MJG |
| Dec-29-15 | Create draft of proposed letter, e-mail to Debtors' counsel regarding issues and concerns with DIP loan and cash collateral order | 0.70 | 245.00 | MJG |
| Totals | | 7.10 | $2,485.00 | |

**Total Fee & Disbursements**                                                              **$2,485.00**

**Balance Now Due**                                                                              **$2,485.00**

TAX ID Number        20-1238208

### *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123                    Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                        February 29, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  | File #: | LenderInvest |
| --- | --- | --- | --- |

**Attention:**   Mr. Robert Bollar, Chairperson                    Inv  #:                7770

**RE:**     Lender Investigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Jan-04-16 | Meet with G. Palmer and review UCC-1 searches and mortgage documents found for various Atna entities (.4); verify secured status (2.0) | 2.40 | 840.00 | MJG |
|  | Find and download financing statements and mortgages for all of the entities, review same and create summary (including collateral description) (4.3) | 4.20 | 630.00 | GP |
| Jan-05-16 | Review Waterton loan documents for collateral information | 2.40 | 840.00 | MJG |
|  | Review summary of liens, and compare to Waterton loan docs | 1.60 | 480.00 | AAW |
| Jan-06-16 | Research and analysis of validity of liens and possible avoidance - Waterton - CR Montana transaction | 3.30 | 1,155.00 | MJG |
|  | Research sale of CR Reward to Waterton and send email to M. Guyerson regarding same (.4); review client docs for information regarding Debtors' stock (.3) | 0.70 | 105.00 | GP |
| Jan-07-16 | Continue loan document review, Montana asset perfection issues and 2014 loan | 2.30 | 805.00 | MJG |
|  | Review and revise list of UCC-1 filings and perfection of liens summary chart | 0.70 | 245.00 | MJG |

|          | | | | |
|----------|-----------------------------------------------------------------------------------------------------------|------|--------|-----|
|          | Review and analyze Waterton asset purchase from Atna in April 2014,  possible grounds for recapitalization | 1.10 | 385.00 | MJG |
|          | Review loan documentation concerning security interests in investment property | 0.80 | 120.00 | GP |
| Jan-08-16 | Review updated chart of Debtor's assets | 0.30 | 97.50 | AAW |
|          | Create flowchart showing the assets of each of the Debtors | 3.80 | 570.00 | GP |
| Jan-09-16 | Research and analysis of NY law on subordination and recharacterization for possible Waterton claims | 1.60 | 560.00 | MJG |
| Jan-11-16 | Meet with C. Onsager to review Waterton claims and issues for Committee memo | 0.80 | 280.00 | MJG |
|          | Confer with G. Palmer on additional research and analysis needed | 0.40 | 140.00 | MJG |
|          | Conference with M. Guyerson regarding Waterton issues | 0.80 | 320.00 | CCO |
| Jan-12-16 | Prepare outline for memo to Committee on loan and liens of Waterton- perfection analysis | 1.30 | 455.00 | MJG |
|          | Confer with G. Palmer regarding narrative needed for Committee memorandum and my outline of issues and analysis | 0.40 | 140.00 | MJG |
|          | Prepare outline of possible settlement structure with Waterton on CR Montana transfer, convey to Waterton counsel | 0.70 | 245.00 | MJG |
|          | Draft #1 of  loan analysis memo to Committee and discuss same with M. Guyerson and C. Onsager | 5.20 | 780.00 | GP |
| Jan-13-16 | Research security interests in D&O and E&O policies and draft section of memo to Committee regarding same | 1.10 | 165.00 | GP |
| Jan-14-16 | Meet with J. Boelter and Waterton representatives after hearing on DIP Loan in Denver regarding lender investigation claims and possible resulting of basic issues | 1.00 | 350.00 | MJG |
|          | Telephone call with K. Blair regarding | 0.80 | 280.00 | MJG |

| | | | | |
|---|---|---|---|---|
| | possible evaluation of CR Montana asset and projected cost | | | |
| Jan-16-16 | Draft parts 3 through 6 of memorandum to Committee on lender liens and investigation | 3.80 | 1,330.00 | MJG |
| Jan-17-16 | Verify case law and analysis on Waterton upstream guarantee issue for  Committee memorandum | 0.70 | 245.00 | MJG |
| Jan-18-16 | Update committee memo to  include subordination and recharacterization issues | 1.10 | 385.00 | MJG |
| | Telephone call with J. Boelter regarding Waterton avoidance issues and claims discussion | 0.60 | 210.00 | MJG |
| | Review email and loan analysis memo from M. Guyerson | 0.30 | 82.50 | JBF |
| | Review and edit loan analysis memo, send same to M. Guyerson (1); research upstream/downstream issues with respect to CR Montana (1.7) | 2.70 | 405.00 | GP |
| Jan-20-16 | Review and revise loan analysis memo to committee | 0.80 | 240.00 | AAW |
| Jan-21-16 | Review revised loan analysis memo from committee, and M. Unperson's email regarding same | 0.30 | 90.00 | AAW |
| Jan-28-16 | Telephone call with  J. Boelter regarding Waterton settlement discussions | 0.60 | 210.00 | MJG |
| | Totals | 48.60 | $13,185.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$13,185.00** |
| Previous Balance | 2,780.00 |
| Previous Payments | 2,085.00 |
| **Balance Now Due** | **$13,880.00** |

TAX ID Number        20-1238208

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Feb-25-16 | Payment on Invoice Nos. 7757, 7758, 7759 for Services | 2,085.00 |

**Total Payments**                                                          $2,085.00

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123                 Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                    February 29, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

| | | |
|---|---|---|
| File #: | | AtnaCC |
| Inv #: | | 7771 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**     Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-03-16 | Revise draft of objection to Application to employ Maxit | 1.10 | 385.00 | MJG |
| Jan-04-16 | Telephone call from Al Goldenberg regarding Maxit application and US Trustee objection | 0.30 | 105.00 | MJG |
| | Conference call with Debtor's counsel and Maxit regarding application to employ and objection of committee | 0.80 | 280.00 | MJG |
| | Docket pleadings filed | 0.10 | N/C | BAM |
| Jan-05-16 | Prepare and send summary e-mail and status update to Committee per Maxit call and DIP loan issues | 0.40 | 140.00 | MJG |
| | Docket pleadings (.1); conference with M. Guyerson regarding work assignments (.2); calendar witness and exhibit list due date (.1); create notebook for final hearing on cash collateral (1.1) | 1.50 | N/C | BAM |
| | Review and revise objection to Maxit application | 1.60 | 240.00 | GP |
| | NO CHARGE | 2.20 | N/C | GP |
| Jan-06-16 | Telephone call to Maxit counsel regarding | 0.70 | 245.00 | MJG |

|          | committee's issues with Maxit compensation and proposed stipulation |       |        |     |
|----------|-------------------------------------------------------------------|-------|--------|-----|
|          | Review Maxit revised proposal | 0.40 | 140.00 | MJG |
|          | Review M. Guyerson email and calendar due date for first monthly operating report (.1): docket pleadings (.1) | 0.20 | N/C | BAM |
|          | Briefly review incoming pleadings (.2); review M. Guyerson's email on key employee retention plan (.2) | 0.40 | 120.00 | AAW |
|          | Review stipulated order regarding Maxit, discuss with M. Guyerson, and add additional language to be sent to Debtors' counsel (1); research regarding KERP and discuss same with M. Guyerson (1.1) | 2.10 | 315.00 | GP |
| Jan-07-16 | Review, proof  and approve to file objection to Maxit application by Committee | 0.50 | 175.00 | MJG |
|          | Review of e-mail and proposed KERPs payments from Debtor's counsel (.3); review and research KERPs approval in 10th circuit, verify insider only restrictions (1.0) | 1.30 | 455.00 | MJG |
|          | Confer with C. Onsager regarding KERPs plan and issues with payments, and cost/benefit analysis | 0.30 | 105.00 | MJG |
|          | Conference with M. Guyerson regarding KERP proposal | 0.30 | 120.00 | CCO |
|          | Format objection to application to employ Maxit (.2) (NO CHARGE .2); add CR Montana schedules to hearing notebook (.2); download remaining schedules for other entities (.3); file and serve objection to Maxit employment and objection to DIP motion (.3); docket pleadings (.1) | 0.90 | 90.00 | BAM |
|          | NO CHARGE | 0.20 | N/C | BAM |
| Jan-08-16 | Prepare and send e-mail with recommendation to Committee on non-objection to KERPs plan | 0.40 | 140.00 | MJG |
|          | Review proposed stipulation on Maxit Application sent by counsel for Maxit today, forward to Committee | 0.30 | 105.00 | MJG |

|          |                                                                                                                                                                  |      |        |     |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|-----|
|          | Briefly review incoming pleadings                                                                                                                                | 0.30 | 90.00  | AAW |
|          | Review Key Employee Retention Motion                                                                                                                             | 0.20 | 30.00  | GP  |
| Jan-11-16 | Conference call with debtor counsel regarding cash collateral/DIP order, various motions, and conference with M. Guyerson regarding same                         | 1.40 | 525.00 | CCO |
|          | Docket pleading (.1); examine options for large exhibit for hearing (.1); serve witness and exhibit list (.3); docket pleadings (.1); prepare notebooks for final DIP motion hearing (.7) | 1.30 | N/C    | BAM |
|          | Review credit agreement with Waterton for scope of release and email M. Guyerson regarding same (.5); conference call with Debtors' counsel and discuss same with C. Onsager and M. Guyerson (1.3) | 1.80 | 270.00 | GP  |
| Jan-12-16 | Draft revised proposed settlement for Maxit and e-mail to Debtor's counsel                                                                                        | 0.40 | 140.00 | MJG |
|          | Settlement discussion with Debtor's counsel on de minimis asset sale motion and objection                                                                         | 0.30 | 105.00 | MJG |
|          | Docket pleadings and claims                                                                                                                                       | 0.30 | N/C    | BAM |
| Jan-13-16 | Review and comment on proposed procedures and administration order as revised, and revised omnibus hearings motion                                                | 0.30 | 105.00 | MJG |
|          | Telephone call with M. Loche regardin: participation in calls and process of committee                                                                            | 0.30 | 105.00 | MJG |
|          | Docket pleadings                                                                                                                                                  | 0.30 | N/C    | BAM |
|          | Briefly review incoming pleadings                                                                                                                                | 0.20 | 60.00  | AAW |
| Jan-14-16 | Briefly review incoming pleadings                                                                                                                                | 0.30 | 90.00  | AAW |
| Jan-15-16 | Review e-mail from US Trustee regarding concerns over debtor's KERP plan                                                                                          | 0.20 | 70.00  | MJG |
|          | Docket pleadings (.1); search for claim form used by debtor (.1)                                                                                                  | 0.30 | N/C    | BAM |
| Jan-18-16 | Telephone call with A. Goldenberg at US Trustee on KERPs plan and possible objection                                                                              | 0.20 | 70.00  | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call with Debtor's counsel over comptroller bonus under KERPs plan and need to remove | 0.30 | 105.00 | MJG |
|  | Docket pleadings (.2); calendar deadline to file lawsuit against Waterton (.1) | 0.30 | N/C | BAM |
|  | Research bid procedures issues (1.8) | 1.80 | 270.00 | GP |
| Jan-19-16 | Docket pleading and save monthly operating reports | 0.10 | N/C | BAM |
| Jan-20-16 | Prepare and distribute e-mail to Committee on case status and update per Debtors' counsel call | 0.30 | 105.00 | MJG |
|  | Docket pleadings | 0.10 | N/C | BAM |
| Jan-21-16 | Telephone call with Debtors' counsel regarding issues with monthly operating report report for first month and additional information needed, ordinary course professional motion and request for breakdown of payments to be made, general case update | 1.10 | 385.00 | MJG |
|  | Preliminary review of claims filed per bar date order | 0.70 | 245.00 | MJG |
|  | Docket pleading and calendar deadline | 0.10 | N/C | BAM |
| Jan-22-16 | Telephone call with Debtors counsel regarding Maxit and proposed sale process, transaction motion being drafted | 0.60 | 210.00 | MJG |
|  | Review and reply to S. Lehrner e-mail regarding sales process | 0.40 | 140.00 | MJG |
|  | Emails with M. Guyerson and confidential monthly operating report to Committee, docket pleadings | 0.50 | 50.00 | BAM |
|  | Briefly review incoming pleadings | 0.10 | 30.00 | AAW |
| Jan-25-16 | Respond to creditor regarding case status | 0.10 | 30.00 | AAW |
| Jan-26-16 | Telephone call with N. Hazan Debtors' counsel regarding bid procedures draft motion and contents and asset sale order- de minimis assets | 0.80 | 280.00 | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review e-mail and proposed bid procedures motion and order form debtor, forward to Committee | 1.00 | 350.00 | MJG |
|  | Telephone call with P. Cal regarding Mine Services POC and Committee issues | 0.30 | 105.00 | MJG |
|  | Docket pleadings and claims | 0.10 | N/C | BAM |
|  | Briefly review incoming pleadings | 0.20 | 60.00 | AAW |
| Jan-27-16 | Review proposed revised asset sale order per Debtor's counsel (.5); make redline suggested changes to order (.4); prepare and send e-mail with changes and explanation (.2) | 1.10 | 385.00 | MJG |
|  | Review and forward to Committee 10 day cash flow forecast from Debtor's, note payments made | 0.20 | 70.00 | MJG |
|  | Review and make redlined changes to Debtors' proposed order on transaction/sales procedures | 0.70 | 245.00 | MJG |
|  | Docket pleadings, calendar deadline (.2); conference with M. Guyerson regarding omnibus hearings and other deadlines (.1); print omnibus hearings order (.1): draft letter to debtors' counsel regarding December billing (.5) (NO CHARGE .5); | 0.50 | 50.00 | BAM |
|  | NO CHARGE | 0.50 | N/C | BAM |
| Jan-28-16 | Telephone call with Debtors counsel regarding case status update and pleadings filed today | 0.70 | 245.00 | MJG |
|  | Prepare and send short status update e-mail to Committee regarding Waterton and motions filed today | 0.30 | 105.00 | MJG |
|  | Docket pleadings, calendar deadlines | 0.50 | 50.00 | BAM |
|  | Telephone call with Atna creditor concerning case | 0.50 | 150.00 | AAW |
| Jan-29-16 | Review cash flow report for last two week period from Debtors, forward to Committee | 0.20 | 70.00 | MJG |
|  | Telephone call with Maxit counsel | 0.70 | 245.00 | MJG |

|            | Docket pleadings, update deadline and hearing spreadsheet | 0.60  | 60.00      | BAM |
| Jan-30-16  | Prepare and send status report e-mail to Committee members | 0.50  | 175.00     | MJG |
|            | Totals                                                    | 40.00 | $9,035.00  |     |

## DISBURSEMENTS

| Jan-31-16 | Postage Expenses January 2016 | 15.51   |
|           | Copy Charges January 2016     | 49.50   |
|           | Totals                        | $65.01  |

| **Total Fee & Disbursements** | **$9,100.01** |
| Previous Balance              | 15,043.70     |
| Previous Payments             | 11,336.20     |
| **Balance Now Due**           | **$12,807.51** |

TAX ID Number        20-1238208

## PAYMENT DETAILS

| Feb-25-16 | Payment on Invoice Nos. 7757, 7758, 7759 for Services | 11,336.20 |
|           | **Total Payments**                                    | **$11,336.20** |

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129


Atna Unsecured Creditors Committee                    February 29, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  | | |
|---|---|---|
| File #: | DIPloan |
| Inv #: | 7772 |

**Attention:**   Mr. Robert Bollar, Chairperson


**RE:**     DIP Loan


| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-03-16 | Revise and update draft of DIP and Cash Collateral motion and final order - circulate for comments | 2.60 | 910.00 | MJG |
| Jan-04-16 | Telephone call from US Trustee regarding DIP final order issues | 0.40 | 140.00 | MJG |
| | Conference with M. Guyerson regarding objections to DIP Order | 0.30 | 120.00 | CCO |
| | Revise and format objection to DIP motion (.7); revise and format objection to application to employ Maxit (.5) | 1.20 | 120.00 | BAM |
| | Review revised list of potential DIP loan objections and C. Onsager's comments | 0.20 | 60.00 | AAW |
| | Research regarding DIP loan objection (1.1); Conference call with Debtor's counsel and discuss same with M. Guyerson (1); revise DIP loan objection (.3) | 2.40 | 360.00 | GP |
| Jan-05-16 | Prepare and send e-mail and list of Committee issues with DIP Loan terms to Debtor's counsel and Waterton | 0.50 | 175.00 | MJG |
| | Proof and edit draft DIP Loan objection - forward to Committee for review | 1.20 | 420.00 | MJG |
| | Finalize revisions and citations in DIP loan | 3.80 | 1,330.00 | MJG |

| | | | | |
|---|---|---|---|---|
| | objection (2.2); review and revise Maxit objection (1.6) | | | |
| | Review and revise objection to DIP financing motion | 2.20 | N/C | GP |
| Jan-06-16 | Telephone call from J. Young regarding objection to DIP loan by his client and Committee position | 0.20 | 70.00 | MJG |
| | Telephone call to N. Hazan, Debtors's counsel, regarding DIP form of final order | 0.30 | 105.00 | MJG |
| | Incorporate research and cases on capping of credit bids into draft objection to DIP loan | 1.30 | 455.00 | MJG |
| | Prepare and send e-mail to Committee on DIP loan status | 0.20 | N/C | MJG |
| | Review and revise draft objection to cash collateral order; email to J. Young regarding schedule | 0.50 | 200.00 | CCO |
| Jan-07-16 | Confer with C. Onsager and revise draft DIP Loan objection | 0.80 | 280.00 | MJG |
| | Review 3 other DIP loan objection filed today by creditors - forward to Committee for review | 0.60 | 210.00 | MJG |
| | Telephone call from J. Markus regarding Komatsu objection to DIP loan | 0.20 | 70.00 | MJG |
| | Revise objection to cash collateral order, including conferences with M. Guyerson and G. Palmer | 3.80 | 1,520.00 | CCO |
| | Assist with reviewing Interim Order regarding DIP financing (1.0) (NO CHARGE 1.0); proofread and complete citations for Committee objections relating to the DIP loan and the Maxit application (1.4) | 1.40 | 210.00 | GP |
| | NO CHARGE | 1.00 | N/C | GP |
| Jan-08-16 | Review proposed revised final DIP and cash collateral order,  note issues and failures to address objections | 1.10 | 385.00 | MJG |
| | Review order regarding DIP motion hearing, minutes of proceeding and check chambers | 0.30 | 30.00 | BAM |

| | | | | |
|---|---|---|---|---|
| | procedures for witness and exhibit lists (.3); docket pleadings (.1) (NO CHARGE .1) | | | |
| | Docket pleadings, update deadline spreadsheet, revise list of objections to DIP motion, check judge's web page for rules, and order for hearing regarding the DIP motion (.7); conference with M. Guyerson regarding same (.1); email objections to the committee (.2) | 1.00 | 100.00 | BAM |
| | NO CHARGE | 0.10 | N/C | BAM |
| Jan-10-16 | Review proposed final DIP Order and budget, red lined version, note issues and continued objections | 1.00 | 350.00 | MJG |
| Jan-11-16 | Conference call to Debtors counsel with C. Onsager regarding DIP objection and possible resolution of Committee objections | 1.20 | 420.00 | MJG |
| | Review and select exhibits for final hearing set for January 16th & prepare draft of exhibit list for hearing | 1.50 | 525.00 | MJG |
| | Research perfection status and priority of lien sought by Small Mine Development and objection filed - DIP loan | 1.10 | 385.00 | MJG |
| | Revise final Committee witness and exhibit list for final DIP loan hearing | 0.30 | 105.00 | MJG |
| | Proof and approve filing of witness's and exhibit list for hearing | 0.10 | N/C | MJG |
| | Draft and revise witness and exhibit list for DIP motion hearing, gather exhibits (1.2); conference with M. Guyerson regarding same (.1); finalize same for filing (.1); efile witness and exhibit list (.1) | 1.50 | 150.00 | BAM |
| Jan-12-16 | Telephone call with J. Boelter counsel for Waterton regarding issues with DIP loan and final order and negotiations over terms | 1.00 | 350.00 | MJG |
| | Prepare revision to proposed final DIP order | 0.80 | 280.00 | MJG |
| | Review tendered exhibits from Debtor for final DIP loan hearing and witness and exhibit list | 1.00 | 350.00 | MJG |

|            |                                                                                                                                              |      |          |     |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------|------|----------|-----|
|            | Conference call with J. Boelter and M. Guyerson  regarding DIP/cash collateral order (.7); revise final order per discussion (.3); conference with M. Guyerson and G. Palmer regarding fraudulent conveyance analysis (.4) | 1.40 | 560.00   | CCO |
| Jan-13-16  | Telephone calls with J Boelter regarding DIP Loan terms and negotiation with Waterton                                                         | 0.60 | 210.00   | MJG |
|            | Telephone call with S. Lehrner regarding Waterton and DIP Loan hearing                                                                        | 0.60 | 210.00   | MJG |
|            | E-mail exchange with proposed settlement terms with J. Boelter regarding Waterton and DIP loan objection                                      | 0.40 | 140.00   | MJG |
|            | Prepare and send e-mail and outline of proposed Waterton settlement to Committee for review and approval                                      | 0.50 | 175.00   | MJG |
|            | Review and analyze proposed red lined version of revised final DIP order and changes to credit agreement                                      | 1.10 | 385.00   | MJG |
|            | Telephone call with J. Boelter counsel for Waterton and S. Lehrner for Debtors on revised Final DIP loan and carve out language (.5.)         | 0.50 | 175.00   | MJG |
|            | Review and make redlined changes to draft final DIP Loan order and circulate to counsel                                                       | 0.20 | 70.00    | MJG |
|            | Verify Committee e-mail received and approval of agreement with Waterton                                                                      | 0.00 | N/C      | MJG |
|            | Review changes to final order                                                                                                                 | 0.10 | 40.00    | CCO |
| Jan-14-16  | Prepare for and attend final hearing on DIP Loan and related matters                                                                          | 3.20 | 1,120.00 | MJG |
|            | Docket pleadings and calendar hearings (.8) email red-lined version of final DIP Order to M. Guyerson, email same to Committee (.2); email orders to Committee members with link to pleadings (.2) | 1.20 | 120.00   | BAM |
| Jan-15-16  | Conference call with Committee regarding update per Thursday's hearing and actions to take                                                    | 0.80 | 280.00   | MJG |

| Jan-18-16 | Review Debtors updated DIP budget actual to forecasted and forward on to Committee | 0.20 | 70.00 | MJG |
| --- | --- | --- | --- | --- |
| | Totals | 47.90 | $13,740.00 | |

| | | |
| --- | --- | --- |
| **Total Fee & Disbursements** | | **$13,740.00** |
| Previous Balance | | 2,485.00 |
| Previous Payments | | 1,863.75 |
| **Balance Now Due** | | **$14,361.25** |

TAX ID Number        20-1238208

**PAYMENT DETAILS**

| Feb-25-16 | Payment on Invoice Nos. 7757, 7758, 7759 for Services | 1,863.75 |
| --- | --- | --- |
| **Total Payments** | | **$1,863.75** |

### *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123              Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                    April 12, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | Atna.Fee |
| Inv #: | 7836 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      OGFJ Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-02-16 | Begin draft of first fee application of OGFJ | 1.00 | 100.00 | BAM |
| Feb-03-16 | Continue drafting first fee application of OGFJ, add general categories and narratives | 2.20 | 220.00 | BAM |
|  | Totals | 3.20 | $320.00 |  |
|  | **Total Fee & Disbursements** |  | **$320.00** |  |
|  | **Balance Now Due** |  | **$320.00** |  |

TAX ID Number      20-1238208

# *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                    April 12, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | AvoidanceAct |
| Inv #: | 7837 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      Avoidance Litigation - Waterton

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-12-16 | Prepare outline and draft no .1 of section 506 avoidance complaint regarding disputed collateral items with Waterton et .al. | 7.00 | 2,450.00 | MJG |
| Feb-17-16 | Continue research and work on Waterton Complaint - avoidance action | 3.50 | 1,225.00 | MJG |
|  | Research to assist M. Guyerson with drafting complaint against Waterton (.8); discuss research with M. Guyerson (.2) | 1.00 | 150.00 | GP |
| Feb-23-16 | Continue work on draft Complaint, claims for damages of transfer made | 3.20 | 1,120.00 | MJG |
|  | Format draft complaint | 1.00 | 100.00 | BAM |
| Feb-24-16 | Continue formatting complaint | 0.50 | N/C | BAM |
|  | Totals | 16.20 | $5,045.00 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | **$5,045.00** |
| **Balance Now Due** | **$5,045.00** |

TAX ID Number      20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123              Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                        April 12, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|              |                           | File #: | LenderInvest |
|--------------|---------------------------|---------|--------------|
| **Attention:** | Mr. Robert Bollar, Chairperson | Inv #:  | 7843         |

**RE:**      Lender Investigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Feb-01-16 | Telephone call with Waterton counsel regarding settlement discussions | 0.70 | 245.00 | MJG |
|  | Meet with C. Onsager on settlement and claims against Waterton | 0.70 | 245.00 | MJG |
|  | Conference with M. Guyerson regarding Waterton liens | 0.70 | 280.00 | CCO |
| Feb-02-16 | Review and analyze Waterton lien and interests in Columbia Mine property, seven up entity interest and Canyon Resources interests | 2.00 | 700.00 | MJG |
| Feb-03-16 | Research on conflict of laws provisions in Waterton loan documents and cross -border conflicts provisions | 1.00 | 350.00 | MJG |
| Feb-04-16 | Review Atna web site for information regarding Columbia mine and draft email to Debtor's counsel regarding same | 0.80 | 120.00 | GP |
| Feb-15-16 | Revise draft of proposed stipulation to extend challenge period, motion and order | 0.60 | 210.00 | MJG |
|  | Review DIP Order, other documents to assist with motion to extend challenge period | 0.20 | 30.00 | GP |
| Feb-16-16 | Telephone call with J. Boelter regarding Waterton and challenge date | 0.30 | 105.00 | MJG |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| Feb-17-16 | Revise draft stipulation, motion and order per negotiations on challenge date and circulate to parties for approval | 0.50 | 175.00 | MJG |
| Feb-19-16 | Review records of Canadian Business Development Centre regarding Waterton Global Resource Management | 0.10 | N/C | GP |
| Feb-22-16 | Prepare list of documents and information needed from Waterton, draft  supplemental request; draft and send e-mail and requested documents to Waterton counsel, copy to Committee today | 1.00 | 350.00 | MJG |
| | Totals | 8.60 | $2,810.00 | |

**Total Fee & Disbursements**                                    **$2,810.00**

Previous Balance                                                         4,216.25

**Balance Now Due**                                                 **$7,026.25**

TAX ID Number        20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                April 14, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  | File #: | AtnaCC |
|---|---|---|
| **Attention:**  Mr. Robert Bollar, Chairperson | Inv #: | 7847 |

**RE:**      Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-27-16 | Telephone call with shareholder concerning status | 0.10 | N/C | AAW |
| Feb-01-16 | Docket notice of revised proposed order for motion to sell de minimis assets, court's certificates of service | 0.20 | N/C | BAM |
|  | Review M. Guyerson email to committee and attachments (.3) briefly review incoming pleadings (.1) | 0.40 | N/C | AAW |
| Feb-02-16 | Docket notice of deadline to object to retention of ordinary course professionals, order granting sale of de minimis assets, certificates of service (.2); review and respond to M. Guyerson email regarding committee call and Maxit (.1) | 0.30 | 30.00 | BAM |
|  | Briefly review incoming pleadings | 0.10 | N/C | AAW |
| Feb-03-16 | E-mail exchange with Debtors counsel and Waterton regarding Maxit actions and call | 0.30 | 105.00 | MJG |
|  | Review debtors proposed list of payments to ordinary course professional per revised schedule | 0.30 | 105.00 | MJG |
|  | Docket clerk's notice of deficiency and certificates of service | 0.10 | N/C | BAM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-04-16 | Revise draft Debtor's proposed confidentiality agreement, prepare and send e-mail and agreement to Committee for execution | 0.80 | 280.00 | MJG |
| | Conference call with Maxit and Debtor's counsel regarding asset sale and status of Maxit actions | 1.00 | 350.00 | MJG |
| | Prepare and send e-mail to Committee on Maxit call and status | 0.20 | N/C | MJG |
| | Conference with G. Palmer, search claims in CR Montana case (.1); search for confidentiality agreement from debtor (.2); docket notice of deadline of object to ordinary course professionals and certificates of service, calendar committee call (.1); download and save Canadian pleadings, search for dates to calendar (.6) | 1.00 | 100.00 | BAM |
| | Telephone call with A. Boschee concerning pleadings in Canadian insolvency case; emails with M. Guyerson and B. Moss concerning same | 0.30 | 97.50 | AAW |
| Feb-05-16 | Committee conference call - update on Maxit call | 0.60 | 210.00 | MJG |
| | Prepare e-mail to Committee members regarding Maxit update per Committee call | 0.50 | 175.00 | MJG |
| | Docket notice of deadline to object to retention of ordinary course professionals and stipulation and order regarding Asahi Refining | 0.30 | N/C | BAM |
| | Participate in telephone call with committee, and subsequent conference with M. Guyerson | 0.60 | 195.00 | AAW |
| Feb-08-16 | Telephone call from Debtors' counsel regarding motion update | 0.30 | 105.00 | MJG |
| | Docket notice of deadline to object to ordinary course professionals and certificates of service | 0.10 | N/C | BAM |
| Feb-09-16 | Review and reply to Debtor's e-mail and draft pleading on incentive program for current management - forward to Committee | 0.40 | 140.00 | MJG |
| | Docket clerk's notice of deficient document | 0.10 | N/C | BAM |

| | | | | |
|---|---|---|---|---|
| Feb-10-16 | Review notice of first sale of de minimis assets for CR Briggs - forward to Committee | 0.20 | 70.00 | MJG |
| | Review e-mail from Debtor's counsel on KEIP motion - forward to Committee for comments | 0.20 | N/C | MJG |
| Feb-11-16 | Docket notice of increased billing rates and certificates of service | 0.10 | N/C | BAM |
| Feb-12-16 | Review debtors motion and notice to extend exclusive period for filing plan, copy to Committee (.2): telephone call with Debtors counsel regarding debtors' motion and reasons for requested extension (.5) | 0.70 | 245.00 | MJG |
| | Review email from M. Guyerson (.1); draft stipulation extending the challenge period for 90 days (.6) | 0.70 | 70.00 | BAM |
| | Docket 546b notice, motion to extend exclusivity periods, motion to extend exclusivity periods, and calendar deadlines | 1.00 | N/C | BAM |
| | Briefly review incoming pleadings | 0.20 | N/C | AAW |
| Feb-15-16 | Review Debtors' updated 2015 year end results - forward to Committee | 0.40 | 140.00 | MJG |
| | Prepare and send e-mail to Committee regarding case status and update | 0.40 | 140.00 | MJG |
| | Continue drafting and revising motion to extend challenge periods, stipulation, proposed order (1.5);  research order and DIP  Credit Agreement (.5); email motion to extend exclusivity periods and statement of operations to committee (.2); research Waterton Global Resource Management in Ontario province, conferences with G. Palmer regarding same, order search (1.0) | 3.20 | 320.00 | BAM |
| Feb-16-16 | Review KEIP motion and formulate Committee's reply (.3); prepare and send e-mail to Debtors counsel and US Trustee on KEIP motion (.3) | 0.60 | 210.00 | MJG |
| | E-mail to Debtors counsel with  signature pages to Confidentiality Agreement | 0.10 | 35.00 | MJG |
| Feb-17-16 | Telephone call with A. | 0.50 | 175.00 | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Goldenberg regarding KEIP motion and Committee and US Trustee replies |  |  |  |
|  | Reply to debtors e-mail on KEIP motion and Committee position | 0.20 | 70.00 | MJG |
|  | Briefly review incoming pleadings | 0.20 | N/C | AAW |
| Feb-18-16 | Save and print documents related to motion to approve stipulation regarding committee's extension; provide to M. Guyerson | 0.20 | N/C | TJC |
|  | Docket certificates of service, motions and order to vacate omnibus hearings, certificate of non-contested matter, and calendar pleadings | 0.30 | N/C | TJC |
| Feb-19-16 | Revise, finalize, file, and serve motion to approve stipulation regarding committee's challenge period | 0.90 | 90.00 | TJC |
|  | Download docket report and email to M. Guyerson | 0.10 | N/C | TJC |
|  | Conference with M. Guyerson regarding filing motion to approve stipulation regarding extension of challenge period | 0.10 | N/C | TJC |
|  | Docket order vacating omnibus hearing | 0.10 | N/C | TJC |
|  | Download docket report and email to M. Guyerson | 0.10 | N/C | TJC |
|  | Conference with M. Guyerson regarding filing motion to approve stipulation regarding extension of challenge period | 0.10 | N/C | TJC |
| Feb-23-16 | Conference call update today with Debtors counsel | 0.60 | 210.00 | MJG |
|  | Docket and calendar pleadings; print out order for M. Guyerson | 0.30 | N/C | TJC |
| Feb-24-16 | Review e-mail and proposed sales offer and terms for Atna Resources Ltd property in Canada (.4) telephone call with Maxit representative to confirm sale terms and price (.4); prepare and send recommendation to Committee on proposed sale and price (.3) | 1.10 | 385.00 | MJG |
|  | Docket court's certificates of service, order establishing procedures for restructuring | 0.70 | N/C | BAM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | process, motion to extend committee challenge period, motion to approve stipulation with Asahi Refining, order granting extension of committee challenge period |  |  |  |
| Feb-25-16 | Review notice and sale for de minimis assets at Pinson mine - verify liens claimed by Ford Motor credit on assets to be sold | 0.60 | 210.00 | MJG |
| Feb-26-16 | Review debtors e-mail on KEIP motion and explanation for amounts requested - forward to Committee (.2); telephone call with A. Goldenberg regarding US Trustee position on KEIP and explanation made (.2) | 0.40 | 140.00 | MJG |
|  | E-mail exchange with Committee over KEIP and position to take | 0.30 | 105.00 | MJG |
|  | Docket certificate of service, forward email regarding KEIP motion, docket claims | 0.30 | N/C | BAM |
| Feb-29-16 | Prepare and send e-mail to Debtors counsel regarding Committee positron on KEIP and objection if filed | 0.20 | 70.00 | MJG |
|  | Docket claims filed | 0.10 | N/C | BAM |
| Apr-14-16 | Courtesy Discount per M. Guyerson |  | -1,910.00 | MJG |
|  | Totals | 23.20 | $2,667.50 |  |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Feb-12-16 | Nevada Sec of State | 68.00 |
|  | Mt Gov Lewis and Clark County Records | 27.00 |
| Feb-29-16 | Copy Charges February 2016 | 20.60 |
|  | Postage Expense February 2016 | 12.61 |
|  | Totals | $128.21 |

|  |  |
|---|---|
| **Total Fee & Disbursements** | **$2,795.71** |
| Previous Balance | 10,936.20 |
| **Balance Now Due** | **$13,731.91** |

TAX ID Number        20-1238208

### *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                              April 12, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

| | File #: | LenderInvest |
|---|---|---|
| **Attention:**   Mr. Robert Bollar, Chairperson | Inv #: | 7838 |

**RE:**     Lender Investigation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-29-16 | Prepare motion and stipulation for second extension of Committee challenge period, forward to counsel for review | 0.50 | 175.00 | MJG |
| Mar-31-16 | Finalize and file motion for second extension of challenge period | 0.50 | 50.00 | BAM |
| | Totals | 1.00 | $225.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$225.00** |
| Previous Balance | 6,766.25 |
| **Balance Now Due** | **$6,991.25** |

TAX ID Number      20-1238208

### *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129


Atna Unsecured Creditors Committee                              April 12, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  | File #: | AvoidanceAct |
| --- | --- | --- |

**Attention:**   Mr. Robert Bollar, Chairperson         Inv #:          7839


**RE:**       Avoidance Litigation - Waterton

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Mar-16-16 | Review Waterton complaint and add authority to same | 0.70 | 105.00 | GP |
| Mar-25-16 | Confer with G. Palmer regarding update needed to complaint for statutory cites | 0.30 | N/C | MJG |
| Mar-28-16 | Revisions to claims for relief two and three and four in complaint and assembly of exhibits for complaint | 2.70 | 945.00 | MJG |
|  | Add authority to Waterton complaint | 0.20 | 30.00 | GP |
| Mar-29-16 | Create exhibit (list of Waterton UCC filings/mortgages) for Waterton complaint | 0.20 | 30.00 | GP |
|  | Totals | 4.10 | $1,110.00 |  |

| | |
| --- | --- |
| **Total Fee & Disbursements** | **$1,110.00** |
| Previous Balance | 5,045.00 |
| **Balance Now Due** | **$6,155.00** |

TAX ID Number        20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                        April 12, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

| | | File #: | AtnaCC |
|---|---|---|---|
| **Attention:** | Mr. Robert Bollar, Chairperson | Inv #: | 7840 |

**RE:**      Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-02-16 | Email asset sales listing to committee members (.2); docket pleadings and claims (.1) | 0.20 | N/C | BAM |
| | Telephone call with creditor concerning plan and disclosure statement, and letter to her concerning same | 0.30 | 97.50 | AAW |
| Mar-03-16 | Docket certificate of service, order extending exclusive periods and order extending time to assume or reject leases | 0.40 | N/C | BAM |
| | Briefly review incoming pleadings | 0.10 | N/C | AAW |
| Mar-04-16 | Docket certificate of non-contested matter regarding motion to extend time to remove actions, update deadline and hearing spreadsheet | 0.30 | N/C | BAM |
| Mar-07-16 | Docket court's certificates of service and order extending time to remove actions, calendar deadline (.3); save and forward email regarding letters of intent (.2); email previous bills to R. Bollar (.1) | 0.60 | N/C | BAM |
| Mar-08-16 | Update deadline and hearing spreadsheet (.2); save debtor's weekly cash report and email to committee (.1) | 0.30 | N/C | BAM |
| Mar-09-16 | Draft and send two status e-mails to | 0.50 | 175.00 | MJG |

| | | | | |
|---|---|---|---|---|
| | Committee on four LOI received and case status update | | | |
| | Telephone call with Debtor's counsel regarding LOI received and sale of CR Montana assets | 0.40 | 140.00 | MJG |
| | Search for prior emails regarding debtor weekly reporting messages, revise heading and cc on billing cover letter (.3); email to M. Guyerson regarding same (.1) | 0.40 | N/C | BAM |
| Mar-10-16 | Docket court's certificate of service (.1); organize and index client documents (1.2) | 1.30 | N/C | BAM |
| Mar-11-16 | Docket certificate of non contested matter regarding Asahi settlement and motion and order vacating omnibus hearing March 17 | 0.10 | N/C | BAM |
| Mar-15-16 | Telephone call with Debtors' counsel regarding sale of Montana assets and LOI received | 0.40 | 140.00 | MJG |
| | Docket court's certificate of service | 0.20 | N/C | BAM |
| Mar-16-16 | Download and save weekly cash report and documents from Waterton, email same to Committee members | 0.20 | 20.00 | BAM |
| Mar-17-16 | Telephone call with Maxit regarding sales efforts and offers received - update for Committee | 0.70 | 245.00 | MJG |
| | Telephone call with Debtors counsel regarding offer for Montana assets | 0.20 | 70.00 | MJG |
| | Send e-mail to Committee on updated info and set up call for March 22nd | 0.10 | N/C | MJG |
| | Docket correction to December monthly operating report and addition to January monthly operating report aged detail | 0.20 | N/C | BAM |
| Mar-18-16 | Review weekly cash report and schedules from Debtors, forward to Committee | 0.20 | 70.00 | MJG |
| | Emails with Upshot claims agent requesting claims register (.2); review schedules for insiders, review court and Upshot claims for intercompany filed claims (.8); detailed email to M. Guyerson regarding intercompany filed claims (.3) | 1.30 | 130.00 | BAM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Docket court's certificate of service (.1); update deadline spreadsheet, email to Upshot services regarding claims summary, download court's claims summary report and docket (.4) | 0.50 | N/C | BAM |
| Mar-20-16 | Review claim register for intercompany claims, review Nevada Clover LLC POC and attached support documents | 0.70 | 245.00 | MJG |
| Mar-21-16 | Prepare and send e-mail to Waterton counsel and debtors counsel regarding Committee objections and issues for upcoming call | 0.30 | 105.00 | MJG |
| Mar-22-16 | Prepare for call with Committee (.5); Committee conference call (.7) | 1.20 | 420.00 | MJG |
|  | Docket February 2016 monthly operating report, email same and unredacted version and weekly cash report to client | 0.20 | N/C | BAM |
|  | Review claims register for CR Montana (.1); review order establishing procedures for the conduct of a restructuring transaction process (.1); discuss case status and tasks with M. Guyerson (.1) | 0.30 | 45.00 | GP |
| Mar-23-16 | Review and analyze proposed bid sale procedures and auction and sales order from Debtors' counsel, requested input of Committee | 2.00 | 700.00 | MJG |
|  | Telephone call with Maxit regarding sale of Briggs mine and offers | 0.40 | 140.00 | MJG |
|  | Prepare list of issues with draft bid procedures motion and order and prepare and send e-mail to debtor's counsel on Committee issues to be addressed | 0.60 | 210.00 | MJG |
| Mar-24-16 | Conference call with Debtors' counsel regarding Committee concerns over bid procedures and orders | 1.00 | 350.00 | MJG |
|  | Docket 546b notice and entry of appearance (.1); save bid procedures and sale motion and email to committee (.2); save cash reports and email to committee (.1) | 0.40 | N/C | BAM |
| Mar-25-16 | Review revised proposed sale procedures order with Waterton changes, approve changes with debtor | 0.70 | 245.00 | MJG |

| | | | | |
|---|---|---|---|---|
| | Conference call with Debtors' counsel and M. Guyerson regarding sale procedures | 0.80 | 320.00 | CCO |
| | Docket motion to approve bid procedures and sale, calendar hearing, auction and objection deadlines, update deadline spreadsheet | 0.70 | N/C | BAM |
| Mar-28-16 | Docket Upshot certificates of service, update pleadings notebook | 0.40 | N/C | BAM |
| Mar-29-16 | Review weekly cash flow and February monthly operating report for Atna, note issues and concerns and forward to Committee | 0.40 | 140.00 | MJG |
| | Email weekly cash report to Committee | 0.10 | 10.00 | BAM |
| Mar-30-16 | Review motion for relief from stay filed by Pacific  Leasing - equipment to be sold | 0.40 | 140.00 | MJG |
| | Docket order shortening notice on 363 motion, order setting hearing and motion for relief from stay, calendar same | 0.40 | N/C | BAM |
| Mar-31-16 | Telephone call with Debtors counsel regarding sales status update and April 12th hearings now set | 0.50 | 175.00 | MJG |
| | Prepare and send status update to Committee and April 12th hearing date | 0.20 | 70.00 | MJG |
| | Begin preliminary claims analysis of CR Briggs estate to compare to likely asset sales offers | 1.00 | 350.00 | MJG |
| | Telephone call from Debtors counsel regarding Pacific leasing motion and proposed settlement, review and reply to e-mail regarding same | 0.50 | 175.00 | MJG |
| | Serve motion for second extension of challenge period, docket same | 0.50 | N/C | BAM |
| | Totals | 22.60 | $4,927.50 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Mar-10-16 | Business Dev Center, Canada - Name Search | 13.25 |
| Mar-31-16 | Copy Charges March 2016 | 16.10 |
| | Postage Charges March 2016 | 13.10 |

Totals                                                        $42.45

**Total Fee & Disbursements**                               **$4,969.95**
Previous Balance                                             8,739.46

**Balance Now Due**                                         **$13,709.41**

TAX ID Number        20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                      May 18, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

| | | |
|---|---|---|
| File #: | Atna.Fee |
| Inv #: | 7890 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      OGFJ Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr-05-16 | Continue revisions and narrative updates to draft of first interim fee application for firm | 1.30 | 455.00 | MJG |
| Apr-07-16 | Revise first fee application (.5); commence drafting spreadsheet for same (.8) | 1.30 | 130.00 | BAM |
| Apr-08-16 | Add narrative to fee application for January | 1.40 | 140.00 | BAM |
| Apr-11-16 | Add February fees to fee application spreadsheet, add narrative | 0.50 | 50.00 | BAM |
| Apr-12-16 | Work on invoices and narratives of work for January and March 2016 | 2.10 | 735.00 | MJG |
| Apr-13-16 | Continue adding information and revising fee application spreadsheet | 2.00 | 200.00 | BAM |
| Apr-14-16 | Continue working on fee application spreadsheet (2.8) (NO CHARGE 2.0); continue adding to fee application narrative (.8) | 1.60 | 160.00 | BAM |
| | NO CHARGE | 2.00 | N/C | BAM |
| | Totals | 12.20 | $1,870.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,870.00** |
| Previous Balance | 320.00 |

Case:15-22848-JGR    Doc#:524-1    Filed:05/27/16    Entered:05/27/16 10:49:23    Page41 of 49

Previous Payments                                                          240.00
                                                                    _____
**Balance Now Due**                                                 **$1,950.00**

TAX ID Number          20-1238208

**PAYMENT DETAILS**

May-09-16        Payment on Invoice for Services                    240.00
                                                                    _____
**Total Payments**                                                  **$240.00**

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                     May 18, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|        |        |             |
|--------|--------|-------------|
| File #: | AvoidanceAct |
| Inv #: | 7891 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      Avoidance Litigation - Waterton

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-03-16 | Supplemental research of additional claims against Waterton per Fifth Circuit Sanford decision | 1.00 | 350.00 | MJG |
| Apr-05-16 | Review Supreme Court case and conference with M. Guyerson | 1.00 | 400.00 | CCO |
|  | Mark exhibits and search for missing parts of exhibits for complaint, update index | 0.70 | N/C | BAM |
| Apr-06-16 | Review 4th Circuit case and conference with M. Guyerson | 0.30 | 120.00 | CCO |
|  | Conference with M. Guyerson regarding complaint exhibits (.2); revise exhibit index and exhibits (.2); search for other guarantees, and conference with M. Guyerson regarding same (.5); add Canadian and CR Rewards guarantees to exhibit I (.1) | 1.00 | 100.00 | BAM |
| Apr-13-16 | Amend draft Waterton complaint, add in new additional claim for relief with exhibits | 2.00 | 700.00 | MJG |
| Apr-16-16 | Continue drafting and editing of complaint, claims five and six | 2.10 | 735.00 | MJG |
| Apr-23-16 | Edit complaint, verify exhibits and references | 1.10 | 385.00 | MJG |
| Apr-25-16 | Prepare and send e-mail and draft complaint to | 0.30 | 105.00 | MJG |

Waterton counsel regarding settlement
prospects

| | | |
|---|---|---|
| Totals | 9.50 | $2,895.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$2,895.00** |
| Previous Balance | 6,155.00 |
| Previous Payments | 4,616.25 |
| **Balance Now Due** | **$4,433.75** |

TAX ID Number      20-1238208

**PAYMENT DETAILS**

| | | |
|---|---|---|
| May-09-16 | Payment on Invoice for Services | 4,616.25 |
| | **Total Payments** | **$4,616.25** |

### *Onsager | Guyerson | Fletcher | Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                    May 19, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|         |        |
|---------|--------|
| File #: | AtnaCC |
| Inv #:  | 7896   |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Apr-01-16 | Docket court's certificates of service | 0.00 | N/C | BAM |
| Apr-02-16 | Review claims spread sheet analysis per debtors sent by claims processing agent, forward to committee, not liabilities breakdown per debtor | 0.40 | 140.00 | MJG |
| Apr-04-16 | Docket order granting second extension of challenge period, calendar same, docket certificate of service (.2); email claims register by debtor to committee (.1) | 0.30 | N/C | BAM |
| Apr-05-16 | Update deadline spreadsheet (.2); save weekly cash report and forward to committee (.1) | 0.30 | N/C | BAM |
| Apr-06-16 | Docket claim filed and IRC, Small Mine Development and Pinson limited objection to bid procedures concerning sale of royalties | 0.20 | N/C | BAM |
| Apr-07-16 | Review three objections filed to proposed bid procedures (.5); telephone call with debtors' counsel regarding intentions for hearing next week on bid procedures(.4) | 0.90 | 315.00 | MJG |
|  | Docket court's certificate of service | 0.10 | N/C | BAM |
| Apr-08-16 | Docket motions to approve stipulations with People's Capital regarding their motion for relief from stay and with Pinson Mining, IRC | 0.50 | N/C | BAM |

|  | and Small Mine Development regarding bid procedures, calendar objection deadline |  |  |  |
|---|---|---|---|---|
|  | Docket revised order granting bid procedures and order vacating sale hearing, search for new deadlines (.3); download March pleadings from Upshot site (.2) | 0.50 | N/C | BAM |
| Apr-09-16 | Review proposed stipulation on objection to bid procedures, confer approval of terms with counsel | 0.70 | 245.00 | MJG |
| Apr-11-16 | Call with debtors' counsel on vacating hearing for Tuesday and Committee concerns over small asset sales | 0.50 | 175.00 | MJG |
| Apr-12-16 | Review and reply to debtors counsel e-mail on May 2nd sales auction | 0.20 | 70.00 | MJG |
|  | Docket certificate of service, notice of sale of assets, calendar deadlines, auction and sale hearing | 0.50 | N/C | BAM |
| Apr-13-16 | Review debtors' proposed stipulation with Komatsu Corp. on return of leased equipment and deficiency claim, telephone call with debtors' counsel regarding agreements intent and effect on unsecured creditor amounts | 0.50 | 175.00 | MJG |
|  | Docket certificate of service | 0.10 | N/C | BAM |
| Apr-14-16 | Docket court's certificates of service | 0.10 | N/C | BAM |
| Apr-15-16 | Docket preliminary cure schedule and notice and certificates of service, calendar same, email same to clients | 0.40 | N/C | BAM |
| Apr-18-16 | Review March monthly operating report for debtors, forward to committee with brief status update | 0.30 | 105.00 | MJG |
|  | Telephone call with  debtors' counsel regarding updated sales and offer activity per Maxit | 0.60 | 210.00 | MJG |
|  | Docket entry of appearance and request for notice | 0.10 | N/C | BAM |
| Apr-19-16 | Docket certificate of service, save and email weekly cash report to Committee members | 0.20 | N/C | BAM |

| Apr-20-16 | Review letter from debtors' and offer made for Kendall Montana assets, $100K cash, environmental liability issues, forward to committee for review | 0.50 | 175.00 | MJG |
|---|---|---|---|---|
|  | Telephone call with debtors' counsel regarding offer for Kendall assets | 0.30 | 105.00 | MJG |
|  | Telephone call from Atna creditor regarding asset sale notices | 0.30 | N/C | MJG |
|  | Save notice of pending sale of Kendall acreage, calendar objection deadline and email same to committee | 0.30 | N/C | BAM |
| Apr-21-16 | Download un redacted version of monthly operating report and forward to committee, docket redacted version filed | 0.10 | N/C | BAM |
| Apr-22-16 | Review latest cash flow projections and March monthly operating report for Atna, forward to committee | 0.50 | 175.00 | MJG |
|  | Review e-mail and attachments from debtors' counsel regarding  assets sales status and next weeks deadline for offers (.3); telephone call with debtors' counsel regarding assets sales offers and Maxit report (.3) | 0.60 | 210.00 | MJG |
|  | Prepare and send status e-mail to committee and set up call for next Friday on assets sale offers | 0.20 | 70.00 | MJG |
|  | Download and save updated budget and forecast, email same to committee members | 0.10 | N/C | BAM |
| Apr-25-16 | Review and approve changes to KEIP motion and committee's objection | 0.20 | 70.00 | MJG |
|  | Revise formatting and print proof of claims spreadsheet for all debtor entities (.2); docket objection (.1) | 0.30 | N/C | BAM |
| Apr-26-16 | Telephone call with J. Boelter regarding asset purchase potential by Waterton and possible structures of offer | 0.90 | 315.00 | MJG |
|  | Review and reply to e-mail from J. Boelter regarding claims filed | 0.30 | 105.00 | MJG |
|  | Review intercompany claims and POC filed by mechanics lien holders, work on possible asset | 1.70 | 595.00 | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | sale distribution scenarios and returns to creditors of each estate |  |  |  |
|  | Prepare and send update to committee on claim and possible pay outs | 0.30 | 105.00 | MJG |
|  | Prepare outline and template for asset sale objection, brief research on updated 10th circuit case law on asset sales and burdens | 3.00 | 1,050.00 | MJG |
|  | Calendar conference call and invite committee members (.2); docket certificates of publication, KEIP motion and notice, calendar deadline (.3) | 0.50 | N/C | BAM |
| Apr-27-16 | Review contract and offer letter for Horizon Uranium asset per e-mail from debtor, forward to committee | 0.50 | 175.00 | MJG |
|  | Telephone call from debtors' counsel regarding Horizon and Kendall sales and APA | 0.60 | 210.00 | MJG |
|  | Prepare e-mail and formal objection to Kendall property sale, forward to committee and file | 1.10 | 385.00 | MJG |
|  | Revise objection, mark exhibit, finalize objection to notice of Kendall sale (.6); draft certificate of service (.2) | 0.80 | 80.00 | BAM |
|  | Verify sale hearing date and time (.1); download weekly cash report and forward to committee (.1); search for notice of Kendall sale (.3); docket certificate of non-contested matter regarding stipulation with People's Capital, Objection to Kendall Sales Notice and certificates of service (.1); file and serve objection to Kendall sales motion (.3) | 0.90 | N/C | BAM |
| Apr-28-16 | Call with debtors' counsel to review update offers, Kendall mine sale objection and auction procedures | 1.00 | 350.00 | MJG |
|  | Review updated offers from Maxit received | 0.70 | 245.00 | MJG |
|  | Review and analyze five written bids received per auction written bid deadline, forward all to committee, prepare summary spread sheet of bids and claims to be paid per bids | 2.30 | 805.00 | MJG |
|  | Download, save and print notice (.1); conference with M. Guyerson regarding | 0.50 | N/C | BAM |

| | | | | |
|---|---|---|---|---|
| | auction notebook (.1); create notebook, draft index (.3) | | | |
| | Draft and revise notice of withdrawal of objection to Kendall sales notice, file and serve same | 0.80 | N/C | BAM |
| Apr-29-16 | Review e-mail and comments on bids from Maxit, recommendation for stalking horse bid status (.2); telephone conference with Maxit regarding auction (.3) | 0.50 | 175.00 | MJG |
| | Conference call with debtors' counsel regarding sales offers | 0.70 | 245.00 | MJG |
| | Committee conference call regarding  offers | 0.60 | 210.00 | MJG |
| | Telephone call with  Waterton counsel regarding credit bid issues | 0.40 | 140.00 | MJG |
| | Send summary of bids e-mail to Committee for todays call | 0.20 | N/C | MJG |
| | Download and save bids (.1); print bids received for Waterton and Randell International (.1); docket order on stipulation with People's Capital and notice of withdrawal of objection to Kendall Sales Notice (.2) | 0.30 | N/C | BAM |
| Apr-30-16 | Draft and revise reservation of rights and conditional objection to credit bid and sale; forward to opposing counsel | 1.30 | 455.00 | MJG |
| | Telephone call with S .Lehrner regarding committee's reservation of rights | 0.40 | 140.00 | MJG |
| | Telephone conference with J. Boelter regarding settlement prospects with Waterton and objection deadline for auction | 0.50 | 175.00 | MJG |
| | E-mail exchange with Waterton regarding auction and their credit bid rights | 0.30 | 105.00 | MJG |
| | E-mail to committee on case status and auction/sale | 0.20 | 70.00 | MJG |
| | Revise conditional objection to credit bid | 0.20 | 70.00 | MJG |
| | Review and note issues with proposed  Asset | 1.80 | 630.00 | MJG |

Purchase Agreement template and order
approving sale per debtor

| | | |
|---|---|---|
| Totals | 34.10 | $9,075.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$9,075.00** |
| Previous Balance | 13,731.91 |
| Previous Payments | 5,866.92 |
| **Balance Now Due** | **$16,939.99** |

TAX ID Number        20-1238208

**PAYMENT DETAILS**

| | | |
|---|---|---|
| May-09-16 | Payment on Invoice for Services | 5,866.92 |
| | **Total Payments** | **$5,866.92** |