## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ATNA RESOURCES, INC., *et al.* ) | Case No. 15-22848-JGR |
| ) | **Jointly Administered Under** |
| ) | **Case No. 15-22848-JGR** |
| Debtors.[1] ) | |
| ) | Chapter 11 |
| ) | |

## STATEMENT OF POSITION OF UNSECURED CREDITORS' COMMITTEE IN SUPPORT OF CONFIRMATION OF DEBTORS' JOINT CHAPTER 11 PLAN OF LIQUIDATION

The Unsecured Creditors' Committee of Atna Resources, Inc. ("Committee") and its affiliates (the "Debtors"), through its counsel, Buechler & Garber, LLC, hereby files its Statement of Position In Support of Confirmation of Debtors' Joint Chapter 11 Plan of Liquidation, Doc. Nos. 621,674 and 7017 ("Plan") as follows:

## BACKGROUND

1. The Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on November 18, 2015 (the "Petition Date").

2. On December 14, 2015, the United States Trustee appointed the Committee of Unsecured Creditors (the "Committee") (Docket No. 165). On December 15, 2015, the United States Trustee filed a Single Committee Appointment for all seven jointly administered cases. (Docket No. 173). [2]

3. The Committee has been actively involved in the negotiation and drafting of the Plan and the underlying agreement with Waterton Precious Metals Fund II Cayman, LP or its affiliates ("Waterton") which allowed for the sale of assets of the Debtors and the reservation of certain assets for the unsecured creditors of the Debtors in the Plan.

4. The Committee states that the Plan has been negotiated in good faith by the Debtors and is acceptable to the Committee and its members.

5. The Committee has selected Mr. Kenneth Buechler, Esq., as the Plan Trustee as

---

[1] The debtors and debtors-in-possession and their respective case numbers are as follows: Atna Resources Inc., (15-22848), Canyon Resources Corporation (15-22849), CR Briggs Corporation (15-22850), CR Montana Corporation (15-22851), CR Kendall Corporation (15-22852), Atna Resources Ltd. (15-22853) and Horizon Wyoming Uranium, Inc. (15-22854).

[2] One member of the Committee resigned in September of 2016, leaving a Committee of four members.

reflected in the Plan and tendered order of confirmation.

6. The voting of the Plan also demonstrates overwhelming support for its approval by the creditor constituency that the Committee represents, see Voting Report, Doc. No 718.

7. The Committee believes that confirmation of the Plan is in the best interests of the creditors of the estate and is fair, reasonable and equitable to them. There is no unfair discrimination within or between classes of claims in violation of confirmation requirements.

8. The Committee's Counsel has reviewed the proposed Findings of Fact and Order of Confirmation circulated to it by Debtors' Counsel, has made certain suggested changes which have been accepted by the Debtors, and the form of Order, as amended, is acceptable to the Committee.

WHEREFORE the Committee moves this Court to confirm the Debtors' Plan and for such further relief as is just and proper.

Dated November 22, 2016

**BUECHLER & GARBER, LLC.**

By: /s/ Michael J. Guyerson
Michael J. Guyerson, #11279
999 18th Street, Suite 1230-S
Denver, Colorado 80202
Tele: 720-381-0045
Fax: 720-381-0382
mike@bandglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2016, a copy of the foregoing Statement of Position was placed in the United States mail, postage prepaid, to the following on the attached list.

/s/ Sharon E. Fox

Label Matrix for local noticing
1082-1
Case 15-22848-JGR
District of Colorado
Denver
Tue Sep 27 10:07:06 MDT 2016

Kent H. Borges
24 S. Weber St. Ste., 400
Colorado Springs, CO 80903-1928


Peter A. Cal
633 17th St.
Ste. 3000
Denver, CO 80202-3622


Alison Goldenberg
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Michael J. Guyerson
1801 Broadway
Ste. 900
Denver, CO 80202-3858


Stephen D. Lerner
221 E. Fourth St.
#2900
Cincinnati, OH 45202-4095


Jasmine Mehta
100 North Carson Street
Carson City, NV 89701-4717


Peter R. Morrison
4900 Key Tower, 127 Public Square
Cleveland, OH 44114


Matthew J. Ochs
555 17th St.
Ste., 3200
Denver, CO 80202-3921


Christopher L. Richardson
1550 17th St.
Ste. 500
Denver, CO 80202-1500


Donald D. Allen
1700 Lincoln St.
Ste. 4550
Denver, CO 80203-4509


Aaron Boschee
1801 California St.
Ste. 4900
Denver, CO 80202-2613


John Michael Coombs
3098 South Highland Dr.
Suite 323
Salt Lake City, UT 84106-6001


Evan S. Goldstein
100 Pearl St., 17th Floor
P.O. Box 231277
Hartford, CT 06123-1277


Nava Hazan
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112-0015


Jennifer R. Lloyd
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169-5958


Victor M. Morales
5600 S. Quebec St.
Ste. C100
Greenwood Village, CO 80111-2210


David Nam
224 North Edwards Street
PO Box M
Independence, CA 93526-0612


Christian C. Onsager
1801 Broadway
Ste. 900
Denver, CO 80202-3858


Lori E. Siderman
11620 Wilshire Blvd., Ste. 800
Los Angeles, CA 90025-6806


Jessica C.K. Boelter
One South Dearborn
Chicago, IL 60603-2302


Douglas W Brown
2000 S. Colorado Blvd.
Tower Two
Ste. 700
Denver, CO 80222-7900


Brian P. Gaffney
1200 17th St.
Ste. 1900
Denver, CO 80202-5854


Kelly C Griffith
Harris Beach PLLC
333 W. Washington St.
Ste. 200
Syracuse, NY 13202-5202


Eric E. Johnson
633 17th St.
Ste. 3000
Denver, CO 80202-3622


Matthew Martinez
One South Dearborn
Chicago, IL 60603-2302


Reed W. Morgan
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204-1229


Matthew Niznik
24 S. Weber St., Ste. 400
Colorado Springs, CO 80903-1928


Gabrielle Palmer
1801 Broadway, Ste. 900
Denver, CO 80202-3858


Andrew Michael Simon
221 E. Fourth St., Ste. 2900
Cincinnati, OH 45202-4095

Elliot M. Smith
221 E. Fourth St., Ste. 2900
Cincinnati, OH 45202-4095

Lauren E. Tew
1199 Bannock St.
Denver, CO 80204-3628

Upshot Services LLC
8629 E. 23rd Ave., Ste. 275
Denver, CO 80238

Steven T. Waterman
136 S. Main St., 10th Flr.
Salt Lake City, UT 84101-1601

~~Alice A. White
1801 Broadway
Ste. 900
Denver, CO 80202-3858~~

Risa Lynn Wolf-Smith
555 17th St.
Ste. 3200
Denver, CO 80202-3921

Lee E. Woodard
333 West Washington Street, Suite 200
Syracuse, NY 13202-9204

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36