**EXHIBIT J**
December 2016 Invoices

# SQUIRE PATTON BOGGS (US) LLP

Atna Resources Ltd.
James Hesketh
President and CEO
Suite 250
14142 Denver West Parkway
Golden, Colorado 80401

| | |
|---|---|
| Invoice Number: | 9853658 |
| Invoice Date: | 12/23/16 |
| Matter Number: | 115101.00008 |

**Case Administration**

---

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 4,580.00 |
| Disbursements: | $ 3,855.51 |
| **Amount Due for this Invoice:** | **$ 8,435.51** |

---

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Nava Hazan |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Nava.Hazan@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 9853658.115101 with all Payments**
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

Atna Resources Ltd.
James Hesketh
President and CEO
Suite 250
14142 Denver West Parkway
Golden, Colorado 80401

Invoice Number:      9853658
Invoice Date:        12/23/16
Matter Number:       115101.00008

## REMITTANCE COPY

**Case Administration**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 4,580.00 |
| Disbursements: | $ 3,855.51 |
| **Amount Due for this Invoice:** | **$ 8,435.51** |

---

### PAYMENT INSTRUCTIONS

**Remit Check Payments to:**

Squire Patton Boggs (US) LLP
P.O. Box 643051
Cincinnati, OH 45264
Phone: 216.687.3400
Fax: 216.687.3401

**Remit Wire Payments to:**

Squire Patton Boggs (US) LLP
US Bank
425 Walnut St. Cincinnati, OH 45264
Bank Routing #042000013
Bank Account #576762314

**For Wires outside the US:**
US Bank, USA
SWIFT Code: USBKUS44IMT
Bank Account #576762314

**Direct Billing Inquiries to:**

Nava Hazan
Suite 2900
221 E. Fourth Street
Cincinnati, OH 45202
United States
Phone: +1.513.361.1200
Fax: +1.513.361.1201
email: Nava.Hazan@squirepb.com

**Please Include Reference Number 9853658.115101 with all Payments**
Tax Identification Number 34-0648199

SQUIRE PATTON BOGGS (US) LLP

115101.00008

12/23/16                                                                    Atna Resources Ltd. / Case Administration

Page 1                                                                                  Invoice Number: 9853658

## CASE ADMINISTRATION

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 12/01/16 | 0.50 | S. Conley | Update docket and status chart with recent pleadings. |
| 12/02/16 | 0.30 | S. Carr | Update various case files. |
| 12/02/16 | 0.20 | S. Conley | Communicate with Court Reporter regarding transcript. |
| 12/05/16 | 1.00 | S. Conley | Email Fee Application to counsel for Ernst & Young at counsel's request (.2); telephone conference with Lexis Advance rep to determine how to retrieve samples of Colorado Final Fee Applications (.4); retrieve Colorado Final Fee Applications (.4). |
| 12/05/16 | 0.10 | N. Hazan | Review emails from committee counsel re: agreement on fees and claims report. |
| 12/06/16 | 0.10 | N. Hazan | Calls with Bofa re: CD payment. |
| 12/13/16 | 1.20 | S. Conley | Prepare Certificate of Non-Contested Matter (.8); electronically file Monthly Operating Report (.4). |
| 12/14/16 | 0.40 | S. Carr | Update various case files. |
| 12/14/16 | 0.20 | N. Hazan | Email exchange with client re: Bofa CD (.1); email exchange with client and Ford counsel re: sale and price of vehicle (.1). |
| 12/15/16 | 0.30 | C. Scull | E-file Certificate of Non-Objection. |
| 12/19/16 | 0.20 | S. Conley | Telephone conference with Clerk regarding amended order to be entered. |
| 12/19/16 | 0.10 | N. Hazan | Email re: administrative claim of Franchise Tax Board. |
| 12/19/16 | 0.50 | P. Morrison | Review of settlement proposal from Committee (.2); email Squire accounting team re: data necessary to analyze proposal (.2); email to N. Hazan re: the same (.1). |

**SQUIRE PATTON BOGGS (US) LLP**

115101.00008

12/23/16                                                          Atna Resources Ltd. / Case Administration

Page 2                                                                    Invoice Number: 9853658

| 12/20/16 | 0.80 | S. Conley | Prepare cover letter to Trustee with November MOR (.4); update docket and Outlook calendars with recent pleadings (.4). |
|---|---|---|---|
| 12/20/16 | 1.00 | S. Conley | Update docket and Outlook calendars with case deadlines (.6); prepare cover letter to Greco with November Operating Report (.4). |
| 12/20/16 | 3.20 | P. Morrison | Analyze committee settlement proposal (1.3); email to N. Hazan re: the same (.4); continue to prepare draft of final fee application (1.5). |
| 12/21/16 | 0.30 | S. Carr | Update various case files and related work. |
| 12/21/16 | 0.40 | S. Conley | Prepare Certificate of Non-Contested Matter. |
| 12/21/16 | 1.20 | N. Hazan | Draft email response to questions raised by OTC Bankruptcy re: shares. |
| 12/22/16 | 0.40 | S. Conley | Electronically file Certificate of Non-Contested Matter. |

**TOTAL HOURS FOR THIS MATTER:**                                                          **12.40**

**TOTAL SERVICES:**                                                                **$ 4,580.00**

---

### DISBURSEMENT SUMMARY

---

| Airfare through Travel Service | VENDOR: Travel - Financial Accounting use only INVOICE#: 58551_120416 DATE: 12/4/2016<br>Airfare for HAZAN/NAVA - ticket #  7912162605 - depart 11/30/2016 | 20.00 |
|---|---|---|
| Airfare through Travel Service | VENDOR: Travel - Financial Accounting use only INVOICE#: 58551_120416 DATE: 12/4/2016<br>Airfare for HAZAN/NAVA - ticket #  7912162605 - depart 11/30/2016 - DEN/LGA | 200.00 |
| Court Filing / Process Service | VENDOR: Agren Blando Court Reporting & Video, In; INVOICE#: 10479; DATE: | 550.00 |

**S**QUIRE **P**ATTON **B**OGGS **(US) LLP**

115101.00008

12/23/16                                                    Atna Resources Ltd. / Case Administration

Page 3                                                         Invoice Number: 9853658

| | 12/2/2016  -  Den - Fee for hearing transcript | |
|---|---|---:|
| Meals | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-30-16/Meal/Marriott | 6.62 |
| Meals | VENDOR: Stephen D. Lerner; INVOICE#: 12022016; DATE: 12/2/2016  -  cin-Travel to Denver for Atna confirmation hearing. | 10.03 |
| Meals | VENDOR: Stephen D. Lerner; INVOICE#: 12022016; DATE: 12/2/2016  -  cin-Travel to Denver for Atna confirmation hearing. | 7.72 |
| Meals | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-28-16/Meal/Marriott | 25.36 |
| Meals | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-28-16/Meal/AuBon Pain | 5.45 |
| Online services - Lexis/Nexis | | 568.80 |
| Online services - Lexis/Nexis | | 5.40 |
| Online services - Lexis/Nexis | | 71.10 |
| Online services - Lexis/Nexis | | 3.60 |
| Online services - Lexis/Nexis | | 568.80 |
| Travel | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-30-16/Wi Fi on plane | 8.99 |
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 12022016; DATE: 12/2/2016  -  cin-Travel to Denver for Atna confirmation hearing. | 37.50 |
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 12022016; DATE: 12/2/2016  -  cin-Travel to Denver for Atna confirmation hearing. | 32.41 |
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 12022016; DATE: 12/2/2016  -  cin-Travel to Denver for Atna confirmation hearing. | 26.19 |
| Travel | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-29-16/Hotel | 252.45 |
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 12022016; DATE: 12/2/2016  -  cin-Travel to Denver for Atna confirmation hearing. | 58.00 |
| Travel | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-28-16/Hotel/Denver Marriott City/Travel to Denver/Attend Disclosure Statement Hearing | 218.03 |
| Travel | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-30-16/Taxi from hotel to airport | 63.75 |
| Travel | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-30-16/Taxi from airport home | 49.19 |
| Travel | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-28-16/WiFi on plane | 9.99 |

**SQUIRE PATTON BOGGS (US) LLP**

115101.00008

12/23/16                                                                    Atna Resources Ltd. / Case Administration

Page 4                                                                                        Invoice Number: 9853658

| | | |
|---|---|---:|
| Travel | VENDOR: Hazan, Nava; INVOICE#: 11302016; DATE: 11/30/2016  -  Ny - NH/11-28-16/Taxi from airport to hotel | 76.85 |
| Travel | VENDOR: Elite Limousine Plus, Inc.; INVOICE#: 1687567; DATE: 12/2/2016  -  cin-11/28/2016: Stephen Lerner Den Delta Airlines-Denver CO | 146.06 |
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 12022016; DATE: 12/2/2016  -  cin-Travel to Denver for Atna confirmation hearing and New York for firm holiday party and bus dev meeting with Michael Sullivan, November 28 through December 2, 2016-Airfare CVG-DEN-LGA-CVG (split between Atna and R&I Group) | 315.85 |
| Travel | VENDOR: Stephen D. Lerner; INVOICE#: 12022016; DATE: 12/2/2016  -  cin-Travel to Denver for Atna confirmation hearing. | 470.48 |
| Telephone | | 46.89 |

**TOTAL DISBURSEMENTS:**                                                                              **$ 3,855.51**

---

## MATTER TOTAL

**TOTAL SERVICES:**                                                                                        **$ 4,580.00**
**TOTAL DISBURSEMENTS:**                                                                              **$ 3,855.51**
**TOTAL AMOUNT DUE FOR THIS MATTER:**                                                        **$ 8,435.51**

# SQUIRE PATTON BOGGS (US) LLP

|  |  |
|---|---|
| Atna Resources Ltd. | |
| James Hesketh | |
| President and CEO | |
| Suite 250 | |
| 14142 Denver West Parkway | |
| Golden, Colorado 80401 | |

| | |
|---|---|
| Invoice Number: | 9853659 |
| Invoice Date: | 12/23/16 |
| Matter Number: | 115101.00009 |

**Claims Administration and Objections**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 737.00 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 737.00** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Peter R. Morrison |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Peter.Morrison@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 9853659.115101 with all Payments**
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

Atna Resources Ltd.
James Hesketh
President and CEO
Suite 250
14142 Denver West Parkway
Golden, Colorado 80401

Invoice Number:     9853659
Invoice Date:       12/23/16
Matter Number:      115101.00009

## REMITTANCE COPY

**Claims Administration and Objections**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 737.00 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 737.00** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Peter R. Morrison |
| P.O. Box 643051 | US Bank | Suite 2900 |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 221 E. Fourth Street |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cincinnati, OH 45202 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.513.361.1200 |
| | **For Wires outside the US:** | Fax: +1.513.361.1201 |
| | US Bank, USA | email: Peter.Morrison@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 9853659.115101 with all Payments**
Tax Identification Number 34-0648199

**SQUIRE PATTON BOGGS (US) LLP**

115101.00009

12/23/16                                              Atna Resources Ltd. / Claims Administration and Objections

Page 1                                                                          Invoice Number: 9853659

## CLAIMS ADMINISTRATION AND OBJECTIONS

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|-----------|-----------|
| 12/08/16 | 0.10 | E. Smith | Follow up with Pitney Bowes regarding equipment return issues. |
| 12/12/16 | 0.20 | E. Smith | Email and call with Pitney Bowes regarding equipment return matters (.1); review follow up emails regarding same (.1). |
| 12/13/16 | 0.20 | N. Hazan | Email exchange regarding and revise CNO re: 6th omnibus objection. |
| 12/19/16 | 0.30 | N. Hazan | Email exchange with Upshot re 6th omnibus objection, final claim register, transition to trustee, and termination of services. |
| 12/19/16 | 0.10 | E. Smith | Emails regarding order granting 6th omnibus claim objection. |
| 12/20/16 | 0.20 | E. Smith | Review amended order granting 6th claim objection, emails with Waterton counsel regarding same, and review Waterton claim withdrawal. |

**TOTAL HOURS FOR THIS MATTER:**                                                             **1.10**

**TOTAL SERVICES:**                                                                      **$ 737.00**

### MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 737.00** |
| **TOTAL DISBURSEMENTS:** | **$ 0.00** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 737.00** |

# SQUIRE PATTON BOGGS (US) LLP

Atna Resources Ltd.
James Hesketh
President and CEO
Suite 250
14142 Denver West Parkway
Golden, Colorado 80401

| | |
|---|---|
| Invoice Number: | 9854437 |
| Invoice Date: | 12/23/16 |
| Matter Number: | 115101.00012 |

**Employment and Fee Applications**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 22,839.50 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 22,839.50** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Peter R. Morrison |
| P.O. Box 643051 | US Bank | 4900 Key Tower |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 127 Public Square |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cleveland, OH 44114 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.216.479.8500 |
| | **For Wires outside the US:** | Fax: +1.216.479.8780 |
| | US Bank, USA | email: Peter.Morrison@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 9854437.115101 with all Payments**
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

Atna Resources Ltd.
James Hesketh
President and CEO
Suite 250
14142 Denver West Parkway
Golden, Colorado 80401

| | |
|---|---|
| Invoice Number: | 9854437 |
| Invoice Date: | 12/23/16 |
| Matter Number: | 115101.00012 |

## REMITTANCE COPY

**Employment and Fee Applications**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 22,839.50 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 22,839.50** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Peter R. Morrison |
| P.O. Box 643051 | US Bank | 4900 Key Tower |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 127 Public Square |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cleveland, OH 44114 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.216.479.8500 |
| | **For Wires outside the US:** | Fax: +1.216.479.8780 |
| | US Bank, USA | email: Peter.Morrison@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 9854437.115101 with all Payments**
Tax Identification Number 34-0648199

**SQUIRE PATTON BOGGS (US) LLP**

115101.00012

12/23/16                                                           Atna Resources Ltd. / Employment and Fee Applications

Page 1                                                                              Invoice Number: 9854437

## EMPLOYMENT AND FEE APPLICATIONS

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|-----------|-----------|
| 12/01/16 | 0.50 | A. Kulkarni-Knight | Prepare November fee statement. |
| 12/01/16 | 0.60 | C. Thomas | Review and revise October fee statement per changes from S. Lerner (.3); finalize and serve October fee statement(.2); emails with S. Lerner and A. Kulkarni-Knight related to same (.1). |
| 12/02/16 | 1.10 | P. Morrison | Review of invoices to prepare monthly fee statement (.3); several emails with accounting team regarding outstanding payments from client (.3); review of documents related to the same (.5). |
| 12/02/16 | 1.80 | A. Simon | Review and analyze fee application for Ernst & Young (.5); prepare notice and ancillary materials (1.0); file and serve same (.3). |
| 12/02/16 | 3.80 | C. Thomas | Review fee application status and related emails with P. Morrison (.2); begin drafting final fee application (2.7); review of local rules and of precedent for same (.9). |
| 12/05/16 | 4.90 | C. Thomas | Review precedent final fee applications from S. Conley (.6); continue drafting final fee application (1.4) prepare monthly fee statement and exhibits for same and send to S. Lerner for review (2.7); finalize and serve same (.2). |
| 12/06/16 | 1.50 | A. Kulkarni-Knight | Review invoices and draft supplement to fee applications allocating fees to each debtor, per Local Rule and court's instructions at hearing (1.2), call with A. Boschee (.1) and E. Smith (.2) regarding the same. |
| 12/06/16 | 3.60 | P. Morrison | Review and analysis of variances (2.0); emails with S. Lerner re: the same (.6); email to J. Hesketh re: the same (.5); various correspondence with accounting team re: application of holdback and non-holdback amounts (.5). |
| 12/06/16 | 0.30 | E. Smith | Discuss time allocation issues with A. Kulkarni. |
| 12/07/16 | 0.10 | P. Morrison | Email S. Lerner re: email from client related to payments. |
| 12/08/16 | 4.30 | A. Kulkarni-Knight | Review invoices and draft amendments to first and second fee applications, per court's |

**Squire Patton Boggs (US) LLP**

115101.00012

12/23/16

Atna Resources Ltd. / Employment and Fee Applications

Page 2

Invoice Number: 9854437

| | | | |
|---|---|---|---|
| | | | instructions at hearing and to comply with local rule. |
| 12/09/16 | 0.20 | C. Thomas | Phone call and emails with P. Morrison regarding spreadsheet from B. Fye. |
| 12/12/16 | 0.10 | N. Hazan | Email to team re: final fee application. |
| 12/12/16 | 0.90 | P. Morrison | Review of email from client related to payments (.3); confirm information and respond accordingly (.6) |
| 12/13/16 | 0.60 | A. Boschee | Review/revise Supplement to first and second interim fee applications and confer with A. Kulkarni re: same. |
| 12/13/16 | 0.80 | A. Kulkarni-Knight | Call with K. Thomas to discuss final fee application (.1), draft and review the same (.2); edit and finalize amendments to first and second fee apps and confer with A. Boschee re the same (.5). |
| 12/13/16 | 0.20 | C. Thomas | Emails with P. Morrison regarding the November fee statement and the final fee application (.1); email to R. Fye regarding the November fee statement (.1). |
| 12/15/16 | 1.00 | A. Kulkarni-Knight | Prepare final fee application. |
| 12/16/16 | 4.50 | A. Kulkarni-Knight | Draft final fee application. |
| 12/16/16 | 0.20 | C. Thomas | Emails with S. Lerner, P. Morrison, and R. Fye regarding October fee statement. |
| 12/19/16 | 0.20 | N. Hazan | Review committee proposal re: Squire fees and email exchange re: fees with team. |
| 12/19/16 | 0.50 | P. Morrison | Various correspondence with Squire team re: final fee application and attendant logistics. |
| 12/21/16 | 1.90 | P. Morrison | Continue to revise final fee application (1.6); email Squire accounting team re the same (.1); email K. Thomas re: the same (.2). |
| 12/21/16 | 0.50 | A. Simon | Communicate with counsel to EY re: their fee application (.2); review and edit CNO (.2); related emails with S. Conley (.1). |
| 12/23/16 | 3.90 | C. Thomas | Revise final fee application (3.8); email to N. Hazan and P. Morrison regarding same (.1). |

**S**QUIRE **P**ATTON **B**OGGS **(US) LLP**

115101.00012

12/23/16                                                                         Atna Resources Ltd. / Employment and Fee Applications

Page 3                                                                                              Invoice Number: 9854437

| 12/27/16 | 1.50 | N. Hazan | Review and correct amendments to first and second fee application re: allocation (.6); review and comments on chart re: percentage of fees for each debtors entity (.7); email exchange re: same with A. Boschee (.2). |
| 12/27/16 | 1.10 | C. Thomas | Review schedules to final fee application (.9); emails with S. Conley and P. Morrison regarding same (.2). |
| 12/28/16 | 2.00 | N. Hazan | Review and correct third and final fee application. |
| 12/28/16 | 4.60 | P. Morrison | Substantially revise third interim and final fee application. |
| 12/29/16 | 2.00 | N. Hazan | Finalize third and final fee application and email to team re same and questions. |
| 12/29/16 | 0.60 | P. Morrison | Emails with N. Hazan re: final fee application (.3); review of revisions to the same (.3). |
| 12/29/16 | 4.10 | C. Thomas | Review precedent final orders and declarations (.6); draft proposed final order and declaration for final fee application (1.2); review exhibits to final fee application (2.3). |
| 12/30/16 | 6.00 | P. Morrison | Finalize final fee application. |

**T**OTAL **H**OURS FOR THIS **M**ATTER:                                                                                          **59.90**

**T**OTAL **S**ERVICES:                                                                                                      **$ 22,839.50**

---

## M**ATTER** T**OTAL**

---

**T**OTAL **S**ERVICES:                                                                                                      **$ 22,839.50**
**T**OTAL **D**ISBURSEMENTS:                                                                                                  **$ 0.00**
**T**OTAL **A**MOUNT **D**UE FOR THIS **M**ATTER:                                                                             **$ 22,839.50**

# SQUIRE PATTON BOGGS (US) LLP

Atna Resources Ltd.
James Hesketh
President and CEO
Suite 250
14142 Denver West Parkway
Golden, Colorado 80401

| | |
|---|---|
| Invoice Number: | 9853664 |
| Invoice Date: | 12/23/16 |
| Matter Number: | 115101.00017 |

**Plan and Disclosure Statement**

---

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 2,826.00 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 2,826.00** |

---

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Nava Hazan |
| P.O. Box 643051 | US Bank | 30 Rockefeller Plaza |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | New York, NY 10112 |
| Phone: 216.687.3400 | Bank Routing #042000013 | United States |
| Fax: 216.687.3401 | Bank Account #576762314 | Phone: +1.212.872.9800 |
| | | Fax: +1.212.872.9815 |
| | **For Wires outside the US:** | email: Nava.Hazan@squirepb.com |
| | US Bank, USA | |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 9853664.115101 with all Payments**
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

| | |
|---|---|
| Atna Resources Ltd. | Invoice Number:     9853664 |
| James Hesketh | Invoice Date:        12/23/16 |
| President and CEO | Matter Number:    115101.00017 |
| Suite 250 | |
| 14142 Denver West Parkway | |
| Golden, Colorado 80401 | |

## REMITTANCE COPY

**Plan and Disclosure Statement**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 2,826.00 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 2,826.00** |

---

### PAYMENT INSTRUCTIONS

*Remit Check Payments to:*

Squire Patton Boggs (US) LLP
P.O. Box 643051
Cincinnati, OH 45264
Phone: 216.687.3400
Fax: 216.687.3401

*Remit Wire Payments to:*

Squire Patton Boggs (US) LLP
US Bank
425 Walnut St. Cincinnati, OH 45264
Bank Routing #042000013
Bank Account #576762314

**For Wires outside the US:**
US Bank, USA
SWIFT Code: USBKUS44IMT
Bank Account #576762314

*Direct Billing Inquiries to:*

Nava Hazan
30 Rockefeller Plaza
New York, NY 10112
United States
Phone: +1.212.872.9800
Fax: +1.212.872.9815
email: Nava.Hazan@squirepb.com

**Please Include Reference Number 9853664.115101 with all Payments**
Tax Identification Number 34-0648199

**Squire Patton Boggs (US) LLP**

115101.00017

12/23/16                     Atna Resources Ltd. / Plan and Disclosure Statement

Page 1                        Invoice Number: 9853664

## PLAN AND DISCLOSURE STATEMENT

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|-----------|-----------|
| 12/01/16 | 0.30 | N. Hazan | Email to Canadian counsel re: conformation order and recognition of same (.1); emails to DDTC re: confirmation of plan (.1); email exchange re: FINRA request (.1). |
| 12/06/16 | 0.10 | E. Smith | Emails with creditor regarding confirmation and lease issues. |
| 12/07/16 | 0.90 | N. Hazan | Finalize notice of effective date (.2); finalize LTA and email exchange with committee counsel re: same (.6); email with client re: effective date (.1). |
| 12/13/16 | 0.70 | N. Hazan | Call with client and committee counsel re: transition. |
| 12/13/16 | 0.70 | E. Smith | Phone with N. Hazan, J. Hesketh, and counsel for Committee regarding transition matters for liquidating trust. |
| 12/19/16 | 0.20 | N. Hazan | Finalize notice of effective date and email exchange with S. Conley re: filing of same. |
| 12/21/16 | 0.10 | N. Hazan | Email exchange re: publication of effective date. |
| 12/21/16 | 0.80 | N. Hazan | Review changes to Trust Agreement from Committee counsel (.6); email exchange re same and finalize same (.2). |

**TOTAL HOURS FOR THIS MATTER:**                                                  **3.80**

**TOTAL SERVICES:**                                                        **$ 2,826.00**

**SQUIRE PATTON BOGGS (US) LLP**

115101.00017

12/23/16                                                              Atna Resources Ltd. / Plan and Disclosure Statement

Page 2                                                                                      Invoice Number: 9853664

## MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 2,826.00** |
| **TOTAL DISBURSEMENTS:** | **$ 0.00** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 2,826.00** |

# SQUIRE PATTON BOGGS (US) LLP

Atna Resources Ltd.                                    Invoice Number:     9853665
James Hesketh                                          Invoice Date:       12/23/16
President and CEO                                      Matter Number:      115101.00020
Suite 250
14142 Denver West Parkway
Golden, Colorado 80401

**Reporting**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 595.00 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 595.00** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Peter R. Morrison |
| P.O. Box 643051 | US Bank | 4900 Key Tower |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 127 Public Square |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cleveland, OH 44114 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.216.479.8500 |
| | **For Wires outside the US:** | Fax: +1.216.479.8780 |
| | US Bank, USA | email:  Peter.Morrison@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 9853665.115101 with all Payments**
Tax Identification Number 34-0648199

# SQUIRE PATTON BOGGS (US) LLP

| | |
|---|---|
| Atna Resources Ltd. | |
| James Hesketh | |
| President and CEO | |
| Suite 250 | |
| 14142 Denver West Parkway | |
| Golden, Colorado 80401 | |

| | |
|---|---|
| Invoice Number: | 9853665 |
| Invoice Date: | 12/23/16 |
| Matter Number: | 115101.00020 |

## REMITTANCE COPY

**Reporting**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 595.00 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 595.00** |

---

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire Patton Boggs (US) LLP | Squire Patton Boggs (US) LLP | Peter R. Morrison |
| P.O. Box 643051 | US Bank | 4900 Key Tower |
| Cincinnati, OH 45264 | 425 Walnut St. Cincinnati, OH 45264 | 127 Public Square |
| Phone: 216.687.3400 | Bank Routing #042000013 | Cleveland, OH 44114 |
| Fax: 216.687.3401 | Bank Account #576762314 | United States |
| | | Phone: +1.216.479.8500 |
| | **For Wires outside the US:** | Fax: +1.216.479.8780 |
| | US Bank, USA | email: Peter.Morrison@squirepb.com |
| | SWIFT Code: USBKUS44IMT | |
| | Bank Account #576762314 | |

**Please Include Reference Number 9853665.115101 with all Payments**

Tax Identification Number 34-0648199

**Squire Patton Boggs (US) LLP**

115101.00020

12/23/16                                                                    Atna Resources Ltd. / Reporting

Page 1                                                                      Invoice Number: 9853665

## REPORTING

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 12/01/16 | 0.50 | A. Kulkarni-Knight | Draft legal narrative of November MOR. |
| 12/06/16 | 0.30 | A. Boschee | Review narrative for monthly report. |
| 12/08/16 | 0.10 | A. Boschee | Follow up with client re: signatures for November MOR. |
| 12/13/16 | 0.40 | A. Boschee | Finalize, serve, and arrange for filing of November Report of Monthly Operations. |

**TOTAL HOURS FOR THIS MATTER:**                                           **1.30**

**TOTAL SERVICES:**                                                        **$ 595.00**

### MATTER TOTAL

**TOTAL SERVICES:**                                                        **$ 595.00**
**TOTAL DISBURSEMENTS:**                                                   **$ 0.00**
**TOTAL AMOUNT DUE FOR THIS MATTER:**                                      **$ 595.00**