### *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                            June 10, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  | File #: | AtnaCC |
|---|---|---|
| **Attention:** Mr. Robert Bollar, Chairperson | Inv #: | 7923 |

**RE:**     Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-02-16 | Attend Atna auction and asset sale, meeting before and after auction with parties, prepare and send status e-mail to client and outline settlement with Waterton | 11.50 | 4,025.00 | MJG |
|  | Docket cure schedule and proposed order (.2) (NO CHARGE .2); telephone calls and email with M. Guyerson regarding filing position statement (.2); search schedules for vehicle values, email same to M. Guyerson (.4); format position statement (.2) | 0.80 | 80.00 | BAM |
|  | NO CHARGE | 0.20 | N/C | BAM |
| May-03-16 | Committee conference call regarding present asset sale results and Waterton agreement, vote for approval | 0.80 | 280.00 | MJG |
|  | Telephone call with J. Boelter and S. Lerner regarding Atna case and on-going negotiations over asses sale terms and settlement | 0.80 | 280.00 | MJG |
|  | Draft objection to proposed asset sale order, note Committee concerns over release language, forward draft and comments to debtors' counsel | 2.10 | 735.00 | MJG |
|  | Review three sales objection filed, shareholder objection, forward to Committee | 0.70 | 245.00 | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Finalize potential objection of Committee to Waterton credit bid and sale | 0.60 | 210.00 | MJG |
|  | Review and approve stipulation to extend deadline | 0.20 | N/C | MJG |
|  | Draft stipulation, motion and proposed order to extend deadline to object to the sale of debtors' assets, finalize and file same | 1.30 | 130.00 | BAM |
|  | Serve motion to approve stipulation (.3); docket objection to sale (.3) | 0.60 | N/C | BAM |
|  | Review stipulation for extension of time to object to sale | 0.30 | 45.00 | GP |
| May-04-16 | Continued discussion with debtors' and Waterton over content of APA and proposed order for sale; review and revise red lien version of APA and sale order | 2.80 | 980.00 | MJG |
|  | Review various sales objections filed  by bonding company and Small Mine Development Company, liens and bond asserted (.6); telephone call to  S. Lerner regarding objection field and status of revised Asset Purchase Agreement (.5) | 1.10 | 385.00 | MJG |
|  | Prepare draft of proposed Waterton settlement, draft notice of settlement for filing with court | 1.50 | 525.00 | MJG |
|  | Review comments and changes to notice of settlement form Waterton, forward to committee | 0.50 | 175.00 | MJG |
|  | Conference call with debtors' and Waterton counsel regarding sales hearing and status of objections | 0.60 | 210.00 | MJG |
|  | Review and comment on  APA for sale of CR Montana mineral assets, 350 and 50 sales per debtors' request | 1.20 | 420.00 | MJG |
|  | Prepare for sales hearing, outline  presentation and statement to court for sales hearing | 1.00 | 350.00 | MJG |
|  | Review offer for purchase of CAT Dozier at Briggs, $170 offer and telephone call with :R. Gloss regarding Dozier sale and net proceeds expected | 0.50 | 175.00 | MJG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Continued review of new sales objection filed by Wells Fargo and others, forward to Committee | 1.00 | N/C | MJG |
| | Draft and revise second stipulation extending deadline to object to sale, motion and proposed order (.3); format objection to sale (.3) | 0.60 | 60.00 | BAM |
| | Docket preliminary contract and cure schedule, withdrawal of objection and reply to objections | 0.20 | N/C | BAM |
| | Download redlined sale order (.1); update sale notebook and index (.5); file and serve motion to approve second stipulation extending time to object to sale, docket same (.5); docket Pinson objection (.1); file and serve notice of stipulation to sale ( ); send call in information for sale to committee (.2); docket more objections to sale (.1) | 1.70 | N/C | BAM |
| May-05-16 | Court appearance, hearing on Atna asset sale, meet with debtors' counsel  beforehand on sale objections | 4.00 | 1,400.00 | MJG |
| | Docket transcripts and asset purchase agreement, update sale hearing notebook, emails to committee with transcripts, respond to email regarding trouble dialing in to hearing (.9); docket minutes of proceeding, order, judgment on sale order (.1); calendar status hearing (.1) | 1.10 | N/C | BAM |
| May-06-16 | Docket certificate of service | 0.10 | N/C | BAM |
| May-07-16 | Review and reply to Committee members questions and issues regarding asset sale | 0.50 | 175.00 | MJG |
| May-09-16 | Docket court's certificates of service | 0.10 | N/C | BAM |
| May-10-16 | Telephone call with CAT attorneys regarding agreement to sale and distribution of CAT trailer | 0.50 | 175.00 | MJG |
| | Update stipulated deadline to file Waterton suit (.1); review Atna February letter and invoices regarding email from K.  Thomas (.2); conference with M. Guyerson regarding same (.1); respond to K. Thomas email (.2) | 0.60 | N/C | BAM |

| | | | | |
|---|---|---|---|---|
| May-11-16 | E-mail and telephone call with CAT representatives regarding sale of DC Tractor at Briggs and proceeds for unsecured creditors | 0.40 | 140.00 | MJG |
| | Telephone call with J. Boelter regarding Waterton NPI and release agreement | 0.60 | 210.00 | MJG |
| | Conference with M. Guyerson regarding Waterton settlement agreement, complaint and answer to EPC complaint (.1); docket order approving sale and entry of L. Woodward for Lexon (.1) (NO CHARGE .1) | 0.10 | 10.00 | BAM |
| | NO CHARGE | 0.10 | N/C | BAM |
| May-12-16 | Review and revise proposed settlement agreement with CAT on asset sale and withdrawal of POC, approve for final | 0.60 | 210.00 | MJG |
| | Review and comment on proposed NPI agreement, forward to Committee for its review and comments | 2.00 | 700.00 | MJG |
| | Telephone call with K .Blair regarding his input on NPI and  terms of agreement | 0.40 | 140.00 | MJG |
| | Telephone call with and e-mail exchange with Waterton counsel regarding NPI agreement, issues and concerns of committee | 0.40 | 140.00 | MJG |
| | Conference with M. Guyerson regarding preference actions | 0.50 | 200.00 | CCO |
| May-14-16 | Review and redline proposed global settlement agreement with Waterton and debtor; forward to Committee for review | 1.50 | 525.00 | MJG |
| May-16-16 | Review and reply to revision to CR Montana asset sale, mineral holdings discrepancies per debtors' request; confirm no objection | 0.50 | 175.00 | MJG |
| | Telephone call with J. Boelter regarding Waterton NPI and Committees issues with language | 0.80 | 280.00 | MJG |
| | Telephone call with debtors' counsel regarding  debtor and Committee global settlement and issues to address | 0.50 | 175.00 | MJG |
| | Docket court's certificate of service and | 0.10 | N/C | BAM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | certificate of non-contested matter for KEIP motion |  |  |  |
| May-17-16 | Draft third stipulated extension of challenge period, motion and proposed order | 0.60 | 60.00 | BAM |
|  | Docket claim filed, order granting KEIP motion | 0.10 | N/C | BAM |
| May-18-16 | Three telephone calls with Waterton counsel regarding negotiations over NPI agreement and Asset Purchase Agreement terms, closing set for today in Chicago (1.1); review and approve revision to APA and NOI for todays closing (.8) | 1.90 | 665.00 | MJG |
|  | Telephone call from R. Gloss regarding management concerns with language of NPI being offered | 0.40 | 140.00 | MJG |
|  | Prepare and send status update e-mail to committee on closing and NPI agreement | 0.20 | N/C | MJG |
|  | Revise motion, stipulation and proposed order regarding extending challenge period, download service list and prepare to file same | 0.30 | 30.00 | BAM |
|  | Docket emergency motion to supplement sale order with terms of Solitarion transaction, calendar objection deadline (.2); file and serve stipulation for third extension of challenge period, docket same (.4) | 0.60 | N/C | BAM |
| May-19-16 | Two conference calls with Waterton and debtors' counsel regarding issues with NPI and settlement agreement, suggested changes and comments, release language | 1.20 | 420.00 | MJG |
|  | Review and comment on proposed NPI language changes | 0.60 | 210.00 | MJG |
|  | Call with committee regarding settlement and NPI agreement issues | 0.50 | 175.00 | MJG |
| May-20-16 | Continued negotiation with Waterton on NPI issues and settlement language, two calls to M. Martinez and J. Boelter (.7);, review of prosed revised language and redlines changes to agreements (1.1); prepare and send status e-mail updates to Committee (.3) | 2.00 | 700.00 | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review changes to APA and approve per debtor | 0.70 | 245.00 | MJG |
|  | Docket order granting thrid extension of challenge period and supplemental de minimus asset order | 0.20 | N/C | BAM |
| May-23-16 | Prepare cover letter with filing instructions for NPI, approve and send | 0.00 | 0.00 | MJG |
|  | Review and approve stipulation resolving Komatsu claims and POC; telephone call to debtors' counsel regarding  Komatsu agreement | 0.50 | 175.00 | MJG |
|  | Review all finalized and signed Atna and Waterton purchase agreements | 0.50 | N/C | MJG |
|  | Docket court's certificate of service | 0.10 | N/C | BAM |
| May-24-16 | Telephone call with and e-mail exchange with debtor's counsel regarding sale of CAT in Briggs and issues over title and release of liens | 0.50 | 175.00 | MJG |
|  | Download and save settlement and Waterton closing documents provided (.1); docket motion to approve stipulation with Komatsu and calendar objection deadline (.1) | 0.20 | N/C | BAM |
| May-26-16 | Conference call with N. Hazan regarding debtor intentions post asset sale and structure of possible plan | 0.50 | 175.00 | MJG |
|  | Docket order approving supplemental sale order | 0.10 | N/C | BAM |
| May-31-16 | Docket order vacating hearing and motion to extend exclusivity periods | 0.20 | N/C | BAM |
|  | Totals | 59.90 | $17,135.00 |  |

**DISBURSEMENTS**

| | | |
|---|---|---|
| May-06-16 | Public Acess to Court Electronic Records | 18.60 |
| May-31-16 | Postage Charges May 2016 | 57.04 |
|  | Copy Charges | 70.20 |
|  | Totals | $145.84 |

| | |
|---|---:|
| **Total Fee & Disbursements** | **$17,280.84** |
| Previous Balance | 16,939.99 |
| **Balance Now Due** | **$34,220.83** |

TAX ID Number      20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123                Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                        June 10, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | Atna.Fee |
| Inv #: | 7924 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**        OGFJ Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-12-16 | Continue drafting narrative for first fee application, email to M. Guyerson | 0.90 | 90.00 | BAM |
| May-17-16 | Revise and finalize firm's first interim fee application | 1.70 | 595.00 | MJG |
| May-18-16 | Add April fees to fee application spreadsheet | 0.40 | 40.00 | BAM |
| May-19-16 | Continue entering invoices into spreadsheet | 0.80 | N/C | BAM |
| May-20-16 | Continue updating spreadsheet and fee application | 4.60 | 460.00 | BAM |
| May-23-16 | Revise and proof first interim fee application, cover letter and spreadsheet for review by Committee, approve for distribution | 1.20 | 420.00 | MJG |
|  | Continue drafting first fee application spreadsheet and enter figures into application, draft cover sheet, revise same | 2.40 | 240.00 | BAM |
| May-24-16 | Review and respond to email from K. Thomas regarding April invoices and past due balances | 0.10 | N/C | BAM |
| May-25-16 | Draft and revise proposed order, notice and revise first fee application to include statement about interim compensation order (.7); assemble invoices for exhibit A and prepare exhibit B (.3) | 1.00 | 100.00 | BAM |

| | | | | |
|---|---|---|---|---|
| May-27-16 | Finalize first fee application and prepare for filing (.2); review final order regarding notice procedures (.3); email and telephone call to Certificateofservice.com regarding service of the notice of first fee application, including required forms (.4); draft certificate of service regarding service to US Trustee, debtor and notice request parties (.4); review and revise certificate of service from BK Attorney services (.2) | 1.50 | 150.00 | BAM |
| | Conference with M. Guyerson regarding exhibits for fee application (.1); file firm's first fee application, exhibits, proposed order and notice (.2); telephone call to Upshot Services requesting special notice list, review list and conference with M. Guyerson regarding same (.2); docket pleadings filed, file certificates of service for fee application and serve hard copies of same (.5) | 1.00 | N/C | BAM |
| | Totals | 15.60 | $2,095.00 | |

**Total Fee & Disbursements**                               **$2,095.00**
Previous Balance                                                    1,950.00

**Balance Now Due**                                          **$4,045.00**

TAX ID Number        20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123                    Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                    July 14, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

| | File #: | AtnaCC |
|---|---|---|
| **Attention:**   Mr. Robert Bollar, Chairperson | Inv  #: | 7958 |

**RE:**      Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-06-16 | Review first and second round of claims objections filed by debtor on duplicative and unsupported claims | 0.50 | 175.00 | MJG |
| | Docket objections to claims and calendar objection deadline | 0.30 | N/C | BAM |
| Jun-07-16 | Re mail returned notice of firms first fee application to Elwood Staffing | 0.20 | N/C | BAM |
| Jun-10-16 | Prepare and send e-mail update to committee | 0.20 | 70.00 | MJG |
| | Telephone call with N. Hazan regarding status of debtors plan | 0.30 | 105.00 | MJG |
| Jun-13-16 | Docket order approving stipulation with Komatsu | 0.60 | N/C | BAM |
| Jun-15-16 | Docket order granting extension of exclusivity periods, calendar deadlines | 0.10 | N/C | BAM |
| Jun-17-16 | Review debtors emergency motion to extend exclusivity period | 0.20 | 70.00 | MJG |
| Jun-20-16 | Review billing statements and summary from Squire Patton Boggs for April 2016, forward to committee and note/docket objection date | 0.50 | 175.00 | MJG |
| | Docket monthly operating report, save Squire | 0.30 | N/C | BAM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | April fee statement, and email same plus order extending exclusivity periods to committee |  |  |  |
| Jun-23-16 | Docket fee applications and calendar objection deadlines | 0.20 | N/C | BAM |
| Jun-26-16 | Work on draft list of potential preferential payments and vendors to investigate | 0.50 | N/C | MJG |
| Jun-27-16 | Review statements of financial affairs and schedules in Atna and Canyon Resources case, draft and revise spreadsheet of potential preferences | 3.40 | 340.00 | BAM |
|  | Search for 341 transcript and preference spreadsheet | 0.20 | N/C | BAM |
|  | Totals | 7.50 | $935.00 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jun-01-16 | BK Attorney Services | 98.40 |
| | Totals | $98.40 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,033.40** |
| Previous Balance | 28,147.08 |
| Previous Payments | 12,997.09 |
| **Balance Now Due** | **$16,183.39** |

TAX ID Number     20-1238208

## PAYMENT DETAILS

| | | |
|---|---|---|
| Jul-07-16 | Payment on Invoice Nos. 7923, 7924 for Services | 12,997.09 |
| | **Total Payments** | **$12,997.09** |

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                    July 14, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | Atna.Fee |
| Inv #: | 7956 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**        OGFJ Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-08-16 | Docket certificate of service | 0.10 | N/C | BAM |
| Jun-10-16 | Enter invoice amounts into spreadsheet for second fee application | 0.40 | N/C | BAM |
| Jun-16-16 | Email to R, Gloss regarding fee discrepancy | 0.10 | N/C | CCO |
|  | Totals | 0.60 | $0.00 |  |

|  |  |
|---|---|
| **Total Fee & Disbursements** | **$0.00** |
| Previous Balance | 4,045.00 |
| Previous Payments | 2,973.75 |
| **Balance Now Due** | **$1,071.25** |

TAX ID Number      20-1238208

## PAYMENT DETAILS

| Date | Description | Amount |
|---|---|---|
| Jun-13-16 | Payment on Invoice for Services | 1,402.50 |
| Jul-07-16 | Payment on Invoice Nos. 7923, 7924 for Services | 1,571.25 |
| **Total Payments** | | **$2,973.75** |

### *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                              July 14, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|         |            |
|---------|------------|
| File #: | Preferences |
| Inv #:  | 7957 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      Preference Analysis

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jun-27-16 | Telephone call with debtors' counsel regarding case status and chapter 11 plan drafting (.4); prepare and send update report to committee via e-mail (.2) | 0.60 | 210.00 | MJG |
| Jun-28-16 | Review and analyze preferential payment spreadsheet and time line prepared by B. Moss, update as needed for committee demand letter | 1.20 | 420.00 | MJG |
|  | Prepare and send demand to debtors for copies or access to all contracts and payment records for potential vendors pregenital payments per analysis, send copy to committee | 0.60 | 210.00 | MJG |
|  | Telephone call from debtors' counsel regarding our demand for records on payments | 0.30 | 105.00 | MJG |
|  | Review statement of financial affairs for preference analysis | 0.80 | 120.00 | GP |
| Jun-30-16 | Review and reply to debtors e-mail on request for accounting records | 0.20 | 70.00 | MJG |
|  | Totals | 3.70 | $1,135.00 | |

**Total Fee & Disbursements**                                              **$1,135.00**

**Balance Now Due**                                              **$1,135.00**

TAX ID Number       20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123                    Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                              August 18, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|           |           |
|-----------|-----------|
| File #:   | AtnaCC    |
| Inv #:    | 8004      |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**       Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-05-16 | Docket objection to claims by J. Branagan | 0.10 | N/C | BAM |
| Jul-07-16 | Docket Lexon and Bond motion to extend time to respond to second omnibus objection to late filed claims and order granting same, calendar objection deadline, docket Tomlin objection to second omnibus objection to late filed claims | 0.40 | N/C | BAM |
| Jul-08-16 | Review e-mail and proposed settlement with Montana state regulators, Kendall mine claims and settlement, forward to committee | 0.40 | 140.00 | MJG |
| Jul-11-16 | Download CR Kendall mine settlement agreement and 9019 motion (.2); calendar committee call and invite attendees (.1) | 0.30 | N/C | BAM |
| Jul-12-16 | Telephone call with S. Lerner regarding status of debtors chapter 11 plan and time line per my inquiry | 0.50 | 175.00 | MJG |
| Jul-14-16 | Docket emergency motion for order approving consent decree and settlement agreement regarding CR Kendall mine closure, notice, motion to shorten notice, and calendar objection deadline | 0.30 | N/C | BAM |
| Jul-15-16 | Committee conference call, case status, claim review, and future actions | 0.80 | 280.00 | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Prepare minutes of meeting per chairperson request | 0.50 | 175.00 | MJG |
|  | Meet with C. Onsager regarding committee questions and concerns, claims | 0.40 | 140.00 | MJG |
|  | Confer with M. Guyerson on conflicts questions of committee | 0.40 | 160.00 | CCO |
| Jul-18-16 | Draft, revise and send e-mail to committee on conflicts issues discussed during call | 0.50 | 175.00 | MJG |
| Jul-20-16 | Download, save and forward committee meeting minutes to clients (.2); docket order shortening notice period for emergency motion for consent decree for CR Kendall Mine (.1) | 0.30 | N/C | BAM |
|  | Conference with M. Guyerson regarding preference analysis and research task (.2); research plan confirmation issues (1.7) | 1.90 | 285.00 | GP |
| Jul-21-16 | Download and save notice and offer regarding pending sale of Blue Bird claims, docket June monthly operating report, forward to committee | 0.20 | N/C | BAM |
| Jul-22-16 | Review June monthly operating report for debtors, note drop in cash by $500,000 and expense issues for Debtor call | 0.50 | 175.00 | MJG |
| Jul-25-16 | Review and reply to A. Goldenberg  e-mail from US Trustee regarding debtors losses and professional fees | 0.30 | 105.00 | MJG |
|  | Conference call with Debtor and S. Lerner regarding Atna status and plan to be filed, timeline going forward | 0.80 | 280.00 | MJG |
|  | Research conversion and dismissal issues | 2.30 | 345.00 | GP |
| Jul-26-16 | Review e-mail from S. Lerner and attached cash flow report of debtors, note concerns over admin expenses (.5); prepare and send e-mail to debtors regarding request for detail on admin expenses and fees (.2); prepare status report/e-mail for committee and send (.2); prepare and send e-mail to A .Goldenberg at US Trustee regarding issues and concerns over admin expenses and cash drain (.3) | 1.20 | 420.00 | MJG |
|  | Calendar meeting with S. Lerner, save asset | 0.50 | N/C | BAM |

|           |                                                                                                                                                                                                       |       |           |     |
|-----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|-----|
|           | sales listing received from S. Lerner, forward to clients (.3); save and print Atna plan, forward to clients (.1); docket notice of quarterly statement of ordinary course professionals (.1)           |       |           |     |
| Jul-27-16 | Review debtors' draft plan, comment on plan and forward plan and comments to committee                                                                                                                 | 1.00  | 350.00    | MJG |
|           | Docket certificate of non-contested matter and order approving consent decree and settlement agreement                                                                                                 | 0.10  | N/C       | BAM |
| Jul-28-16 | Conference call with S. Lerner and P. Cal regarding Atna and QA Lubricants litigation and estate claims, discuss value to unsecured creditors of estate claims                                          | 1.00  | 350.00    | MJG |
|           | Review Squire Patton's invoice for June and voice concerns to S. Lerner over payments of fees post DIP Loan                                                                                             | 0.50  | 175.00    | MJG |
|           | Prepare summary of asset sales and funds set aside for unsecured creditors per debtors spread sheets                                                                                                    | 0.60  | 210.00    | MJG |
|           | Download and save Squire's June invoices, calendar objection deadline regarding same                                                                                                                   | 0.10  | N/C       | BAM |
| Jul-29-16 | Schedule conference call with committee, invite committee members (.2); docket motion to reject equipment leases, calendar objection deadline (.2); download and save asset sales and document from QA Lubricant litigation, forward asset sales list to client (.2) | 0.60  | N/C       | BAM |
|           | Totals                                                                                                                                                                                                 | 16.50 | $3,940.00 |     |

**Total Fee & Disbursements**      **$3,940.00**

Previous Balance      16,183.39

Previous Payments      10,866.24

**Balance Now Due**      **$9,257.15**

TAX ID Number      20-1238208

**PAYMENT DETAILS**

| Jul-14-16 | Payment on 1st Fee App | 10,866.24 |
|-----------|------------------------|-----------|
| **Total Payments** | | **$10,866.24** |

### *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                         August 18, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | Atna.Fee |
| Inv #: | 8005 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**     OGFJ Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-16-16 | NO CHARGE Review notice and first intereim fee application regarding fee discrepancy | 0.40 | N/C | CCO |
| Jul-01-16 | E-mail exchange and reconciliation of first interim fee application per R. Gloss | 0.60 | N/C | MJG |
| Jul-13-16 | Draft spreadsheet for June bills | 0.20 | N/C | BAM |
| | Totals | 1.20 | $0.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$0.00** |
| Previous Balance | 1,071.25 |
| Previous Payments | 547.50 |
| **Balance Now Due** | **$523.75** |

TAX ID Number      20-1238208

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Jul-14-16 | Payment on 1st Fee App | 547.50 |
| | **Total Payments** | **$547.50** |

## *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                          August 18, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  | File #: | Preferences |
|--|--|--|
| **Attention:**   Mr. Robert Bollar, Chairperson | Inv  #: | 8006 |

**RE:**      Preference Analysis

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-05-16 | Continue adding preference payments to preference spreadsheet | 2.60 | 260.00 | BAM |
| Jul-06-16 | Revise preference spreadsheet | 0.60 | 60.00 | BAM |
| Jul-07-16 | Review possible preferences and create document listing same | 1.00 | 150.00 | GP |
| Jul-08-16 | E-mail exchange with committee and debtors regarding preference payments and information needed from debtor | 0.50 | N/C | MJG |
| Jul-19-16 | Meet with R. Gloss and review records produced by Atna for preference review | 2.50 | 875.00 | MJG |
| Jul-20-16 | Meet with G. Palmer and B. Moss regarding division of labor and processes for preference review and analysis | 0.50 | N/C | MJG |
| Jul-21-16 | Commence preference review and analysis, files produced, invoices and check ledgers of CR Briggs | 4.30 | 1,505.00 | MJG |
|  | Draft spreadsheet of preference claim, scheduled amount, and preference payment amount | 1.50 | 150.00 | BAM |
| Jul-22-16 | Continue review of vendor files and check register to verify preferences paid; confer with G. Palmer on status of her review | 2.00 | 700.00 | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Continue preference review and analysis of CR Briggs | 2.40 | 840.00 | MJG |
|  | Begin preference analysis of Pinon | 2.60 | 390.00 | GP |
| Jul-25-16 | Continue drafting claim comparison spreadsheet | 3.40 | 340.00 | BAM |
|  | Continue preference analysis | 2.10 | 315.00 | GP |
| Jul-26-16 | Continue with preference review of files and invoices, CR Briggs vendor files | 2.20 | 770.00 | MJG |
| Jul-28-16 | Commence drafting spreadsheet of invoices concerning preferences | 2.60 | 260.00 | BAM |
| Jul-29-16 | Meet with B. Moss to review her preference spreadsheet and divide up remaining work for review of files | 0.70 | 245.00 | MJG |
|  | Continue adding invoices to preference spreadsheet | 2.40 | 240.00 | BAM |
|  | Analyze possible preference claims for Kendall mine | 0.70 | 105.00 | GP |
|  | Totals | 34.60 | $7,205.00 |  |

**Total Fee & Disbursements**                         **$7,205.00**

Previous Balance                                              1,135.00

**Balance Now Due**                                   **$8,340.00**

TAX ID Number      20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                            August 18, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  | File #: | AvoidanceAct |
| --- | --- | --- |

**Attention:**   Mr. Robert Bollar, Chairperson          Inv  #:          8007

**RE:**      Avoidance Litigation - Waterton

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Jul-08-16 | Prepare and send e-mail to Committee on preference claim analysis | 0.20 | N/C | MJG |
|  | Totals | 0.20 | $0.00 | |

| | | |
| --- | --- | --- |
| **Total Fee & Disbursements** | | **$0.00** |
| Previous Balance | | 4,433.75 |
| Previous Payments | | 4,433.75 |
| **Balance Now Due** | | **$0.00** |

TAX ID Number      20-1238208

## PAYMENT DETAILS

| | | |
| --- | --- | --- |
| Jun-13-16 | Payment on Invoice for Services | 2,171.25 |
| Jul-14-16 | Payment on 1st Fee App | 2,262.50 |
| **Total Payments** | | **$4,433.75** |

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                September 28, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | AtnaCC |
| Inv #: | 8105 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-01-16 | Committee call regarding debtors liquidating plan and position of committee | 0.60 | 210.00 | MJG |
|  | Monitor committee conference call (.5); conference with M. Guyerson concerning liquidating plan/other issues (.1) | 0.60 | 90.00 | GP |
| Aug-02-16 | Review and reply to e-mail from debtors regarding proper accounting for sale of de minimis assets, prepare and send e-mail to J. Boelter regarding Waterton agreement on de minimis asset sale proceeds | 0.50 | 175.00 | MJG |
|  | Prepare summary e-mail of committee call and solicit vote on liquidating plan concept or not, revise and send to committee | 1.00 | 350.00 | MJG |
| Aug-03-16 | Review all five committee member e-mails and confirm vote to favor plan; confer with debtors counsel on committee approval | 0.30 | 105.00 | MJG |
|  | Prepare redlined Committee proposed changes and comments to Atna draft plan and forward to debtors' counsel and committee | 2.30 | 805.00 | MJG |
|  | Docket certificates of service and orders on objections to claims | 0.30 | N/C | BAM |
| Aug-04-16 | E-mail to committee regarding proposed liquidating trustee biography and background | 0.20 | 70.00 | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone call with S. Lerner regarding committee comments on draft plan | 0.80 | 280.00 | MJG |
|  | Telephone call with A. Goldenberg at US Trustee regarding draft plan and committee issues | 0.30 | 105.00 | MJG |
| Aug-08-16 | Docket court's certificates of service | 0.10 | N/C | BAM |
| Aug-09-16 | Docket orders granting Ernst & Young and Squire Patton Boggs fee applications | 0.10 | N/C | BAM |
| Aug-12-16 | Telephone call with debtors' counsel and e-mail to counsel and committee regarding liquidating trustee suggestion | 0.60 | 210.00 | MJG |
| Aug-16-16 | Docket certificate of non-contested matter regarding Maxit fee application, our firm fee application and order granting Maxit fee application | 0.30 | N/C | BAM |
|  | Telephone call with Atna creditor concerning status and claim | 0.10 | 32.50 | AAW |
| Aug-17-16 | Set up committee call for next week | 0.40 | N/C | MJG |
|  | Docket certificate of non-contested matter regarding rejecting equipment leases, monthly report of operations for July 2016, motion to extend time to respond to objection to late filed claims and order approving firm's first fee application | 0.20 | N/C | BAM |
| Aug-18-16 | Review Atna monthly operating report for July, forward to committee | 0.20 | 70.00 | MJG |
|  | Docket order granting motion to reject equipment lease and order extending time for Lexon to respond to objection to late filed claims, calendar objection deadline for CCA Financial to file claim | 0.20 | N/C | BAM |
| Aug-19-16 | Telephone call with debtors' counsel regarding amended Atna plan and draft disclosure statement (.5); review draft disclosure statement sent by debtors (1.0) | 1.50 | 525.00 | MJG |
|  | Docket court's certificate of service, save copy of plan, email July monthly operating report to committee members | 0.30 | N/C | BAM |

Case:15-22848-JGR   Doc#:771-1   Filed:01/03/17   Entered:01/03/17 18:07:44   Page25 of 37

| | | | | |
|---|---|---|---|---|
| Aug-22-16 | Phone interview of trustee candidate S. Lucaro; review e-mail and resume from S. Lucaro and forward to committee with e-mail and agenda for committee call | 1.00 | 350.00 | MJG |
| | Docket court's certificates of service, print preference spreadsheet | 0.40 | N/C | BAM |
| Aug-23-16 | Telephone call with S. Lerner regarding amended plan, committee comments and payment of professional fees | 0.60 | 210.00 | MJG |
| | Docket supporting documents-quarterly fee statements for July omitted from monthly operating reports (.1); search for Squire firm's application to employ counsel for debtors (.2); download application and affidavits, conference with M. Guyerson regarding same (.2) | 0.50 | N/C | BAM |
| | Conference with M. Guyerson regarding fee issues | 0.10 | N/C | GP |
| Aug-24-16 | Committee call regarding trustee review | 0.80 | 280.00 | MJG |
| | Review two new candidates resumes, e-mail and forward to committee for consideration | 0.50 | 175.00 | MJG |
| | Set up conference interview dial in with candidates | 0.80 | N/C | MJG |
| | Search for retainer motion (.1); search for exhibit A to the S. Lerner affidavit (.2); conference with M. Guyerson regarding missing engagement letter (.1); call A. Boschee assistant to request engagement letter (.2); docket Lexon third motion for extension of time to file response to objection to late filed claims(.1) | 0.60 | N/C | BAM |
| | Research fee issues regarding allocation among separate entities (2.6); conference with M. Guyerson regarding same (.1) | 2.70 | 405.00 | GP |
| Aug-25-16 | Review case law and research on duty of debtors counsel to allocate fees and cost among debtors | 1.10 | 385.00 | MJG |
| | Set up call in times/slots for trustee candidates | 1.00 | N/C | MJG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Download Squire Patton Boggs engagement letter, forward to committee (.1); email, calendar and invite committee members to trustee interview on 8/31 (.3) | 0.40 | N/C | BAM |
| Aug-26-16 | Assemble information of Atna case status and plan contents for trustee candidates to review before call, send to candidates with cover e-mail and dial in instructions | 1.00 | 350.00 | MJG |
|  | Telephone call with  K. Buechler regarding information requested for committee interview call | 0.30 | N/C | MJG |
|  | Download and save list of ordinary course professionals, docket order granting Lexon extension to respond to objection to late filed claim | 0.20 | N/C | BAM |
| Aug-28-16 | Review and comment on proposed changes to disclosure statement and liquidation analysis, forward to debtors' | 1.30 | 455.00 | MJG |
| Aug-29-16 | Review Squire Patton Boggs retention pleadings and missing engagement letter; e-mail to debtors's counsel to request missing engagement letter;- verify no 'joint liability' language present and segregation of billings concerns | 1.00 | 350.00 | MJG |
|  | Prepare and send status e-mail update to committee on amended plan and professional fees issues | 0.20 | 70.00 | MJG |
|  | Update trustee interview schedule and docket verified statement of counsel for debtors, forward to committee | 0.40 | N/C | BAM |
| Aug-30-16 | Telephone call with  N. Hazan at Squire regarding debtors' disclosure statement draft and exhibits, comments and proposed timeline (.5); review e-mail and attachments from N. Hazan on creditors matrix and likely claims (.7) | 1.20 | 420.00 | MJG |
|  | Scan and save letter from Wells Fargo regarding sale of equipment, docket response and withdrawal of Lexon late filed claims | 0.20 | N/C | BAM |
| Aug-31-16 | Committee call with potential trustee candidates and follow up notice of selection | 1.50 | 525.00 | MJG |

| | | | |
|---|---|---|---|
| Email trustee resumes to committee for interviews | 0.10 | N/C | BAM |
| Totals | 28.80 | $7,002.50 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$7,002.50** |
| Previous Balance | 9,257.15 |
| Previous Payments | 3,754.65 |
| **Balance Now Due** | **$12,505.00** |

TAX ID Number        20-1238208

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Sep-22-16 | Payment on Invoice for Services | 3,754.65 |
| | **Total Payments** | **$3,754.65** |

### *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                          September 28, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | Atna.Fee |
| Inv #: | 8103 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      OGFJ Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-01-16 | Docket multiple certificates of non-contested matters for objections to claims and fee applications | 0.20 | N/C | BAM |
| Aug-16-16 | Draft certificate of non-contested matter for fee application, file same per clerk request | 0.60 | 60.00 | BAM |
| Aug-18-16 | Add July fees and costs to first interim fee application spreadsheet | 0.40 | N/C | BAM |
| | Totals | 1.20 | $60.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$60.00** |
| Previous Balance | 523.75 |
| **Balance Now Due** | **$583.75** |

TAX ID Number      20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                    September 28, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  | | File #: | Preferences |
|--|--|---------|-------------|

**Attention:**   Mr. Robert Bollar, Chairperson          Inv #:          8104

**RE:**     Preference Analysis

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-01-16 | Confer with G. Palmer and B. Moss regarding updated status and review of preferential payments made | 0.40 | 140.00 | MJG |
| | Revise invoice dates in preference spreadsheet and continue adding preference payments to spreadsheet | 1.30 | 130.00 | BAM |
| | Continue preference analysis (.6); conference with M. Guyerson regarding preference analysis (.1) | 0.70 | 105.00 | GP |
| Aug-03-16 | Begin preference analysis for Atna Canada and CR Kendall/CR Montana debtor entities | 1.40 | 490.00 | MJG |
| Aug-04-16 | Complete review of CR Montana preferences and begin Pinson mine preference review | 0.80 | 280.00 | MJG |
| | Continue adding invoice's to preference spreadsheet | 2.90 | 290.00 | BAM |
| | Conference with M. Guyerson regarding preference analysis | 0.10 | 15.00 | GP |
| Aug-05-16 | Complete review of Pinson Mine preference amounts and likely claims | 1.30 | 455.00 | MJG |
| | Continue adding preference payments to spreadsheet | 2.60 | 260.00 | BAM |

|          | Telephone call with M. Guyerson concerning possible preference actions; review spreadsheet of possible preferences and conference with G. Palmer concerning same | 0.70  | 227.50     | AAW |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------|-------|------------|-----|
|          | Conference with A. White regarding preference analysis | 0.10 | 15.00 | GP |
| Aug-08-16 | Continue adding preference payments to spreadsheet, organize same | 0.60 | 60.00 | BAM |
|          | Preference analysis - Pinson | 1.80 | 270.00 | GP |
| Aug-09-16 | Continue preference analysis - Pinson | 0.70 | 105.00 | GP |
| Aug-10-16 | Add non preference payments to spreadsheet | 0.20 | 20.00 | BAM |
| Aug-12-16 | Continue adding preference payments to spreadsheet | 1.20 | 120.00 | BAM |
| Aug-18-16 | Continue adding preference payments to spreadsheet | 1.00 | 100.00 | BAM |
| Aug-19-16 | Review Maxit and Squire Patton Boggs invoices and ledgers, misc e-mails, and preference analysis | 1.10 | 385.00 | MJG |
|          | Continue adding preference payments to spreadsheet | 0.70 | 70.00 | BAM |
| Aug-31-16 | Conference with M. Guyerson concerning my review of possible preferences | 0.20 | 65.00 | AAW |
|          | Totals | 19.80 | $3,602.50 | |

**Total Fee & Disbursements**                                    **$3,602.50**
Previous Balance                                                      8,340.00
Previous Payments                                                     6,255.00

**Balance Now Due**                                              **$5,687.50**

TAX ID Number        20-1238208


**PAYMENT DETAILS**

Sep-22-16        Payment on Invoice for Services                         6,255.00

Case:15-22848-JGR    Doc#:771-1    Filed:01/03/17    Entered:01/03/17 18:07:44    Page31 of
37

**Total Payments**                                                    **$6,255.00**

### *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                      November 2, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  | File #: | AtnaCC |
|---|---|---|
| **Attention:**   Mr. Robert Bollar, Chairperson | Inv  #: | 8162 |

**RE:**      Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-01-16 | Review, revise and comment on draft proposed liquidating trust agreement by debtors', copy to Committee members | 2.00 | 700.00 | MJG |
| | Begin drafting proposed compensation agreement for liquidating trustee | 1.30 | 455.00 | MJG |
| | Communicate with K. Buechler over selection as Trustee | 0.20 | N/C | MJG |
| Sep-02-16 | Finalize proposed compensation agreement with trustee, forward to committee and trustee for review and comment | 0.40 | 140.00 | MJG |
| | Revise liquidating trustee compensation agreement | 0.80 | 80.00 | BAM |
| Sep-12-16 | Telephone call from the judges clerk regarding scheduling of disclosure statement hearing and objection dates in Atna | 0.20 | 70.00 | MJG |
| Sep-13-16 | Telephone call with debtors' counsel regarding departure of CEO and turnover of office personnel at Atna, transition of books and records | 0.50 | 175.00 | MJG |
| Sep-15-16 | Review debtors' plan and disclosure statements filed, scheduling motion and order, docket all dates and forward to committee | 0.50 | 175.00 | MJG |

|  | Telephone call with  N. Hazan regarding plan and timing for approval of disclosure statement | 0.50 | 175.00 | MJG |
|---|---|---|---|---|
| Sep-16-16 | Update case deadline spreadsheet | 0.20 | N/C | BAM |
| Sep-19-16 | Search for liquidating trust document filed with supporting document for plan (.4); docket certificates of service (.1) | 0.50 | N/C | BAM |
| Sep-20-16 | Respond to email from K. Thomas regarding June and July invoices | 0.10 | 10.00 | BAM |
| Sep-21-16 | Docket certificate of service | 0.10 | N/C | BAM |
| Sep-22-16 | Revise proposed liquidating trustee agreement and send to debtors' counsel | 0.50 | 175.00 | MJG |
|  | E-mail to committee chairperson  regarding trustee compensation agreement and case status | 0.20 | 70.00 | MJG |
|  | Docket monthly operating report and email same to committee | 0.10 | N/C | BAM |
| Sep-23-16 | Docket several objections to claims, notices, and calendar objection deadlines | 0.40 | N/C | BAM |
| Sep-26-16 | Docket amended exhibit A duplicate claims and amended exhibit A to amended claims | 0.10 | N/C | BAM |
| Sep-27-16 | Download court's creditor and attorney matrix and email to M. Guyerson | 0.20 | N/C | BAM |
|  | Totals | 8.80 | $2,225.00 |  |

**Total Fee & Disbursements**     **$2,225.00**

Previous Balance     12,505.00

Previous Payments     5,251.88

**Balance Now Due**     **$9,478.12**

TAX ID Number      20-1238208

**PAYMENT DETAILS**

Nov-01-16     Payment on Invoice for Services Payment on Inv. Nos. 8103,     5,251.88

Case:15-22848-JGR   Doc#:771-1   Filed:01/03/17   Entered:01/03/17 18:07:44   Page34 of
37

|                  |          |
|------------------|----------|
| **Total Payments** | **$5,251.88** |

# *Onsager | Guyerson | Fletcher | Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                    July 1, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  |  |
|---|---|
| File #: | AtnaCC |
| Inv #: | 7938 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      Official Unsecured Creditors Committee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-31-16 | Rate adjustment: incorrect rate charged in December and January invoices | 5.80 | 145.00 | CCO |
|  | Rate adjustment: incorrect rate charged in December and January invoices | 17.50 | 437.50 | AAW |
|  | Rate adjustment: incorrect rate charged in December invoice | 1.00 | 150.00 | GP |
|  | Totals | 24.30 | $732.50 | |

**Total Fee & Disbursements**                                          **$732.50**

TAX ID Number        20-1238208

# *Onsager / Fletcher / Johnson LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Atna Unsecured Creditors Committee                                  December 9, 2016
Southern Counties Oil Co. LP dba SC Fuels
1800 W. Katella Ave., Ste. 400
Orange, CA
92867

|  | File #: | Atna.Fee |
|---|---|---|
|  | Inv #: | 8209 |

**Attention:**   Mr. Robert Bollar, Chairperson

**RE:**      OGFJ Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-19-16 | Add August bills to fee application spreadsheet and calculate totals | 0.30 | 30.00 | BAM |
| Sep-23-16 | Commence drafting the second fee application and narration | 0.90 | 90.00 | BAM |
| Sep-27-16 | Revise and update fee application | 0.90 | 90.00 | BAM |
| Sep-28-16 | Continue adding August fees to fee application spreadsheet (.2); revise final fee application to include first fee application fees and costs (1.3) | 1.50 | 150.00 | BAM |
| Sep-29-16 | Continue revising final fee application (1.5) (NO CHARGE .8); draft cover sheet, notice and proposed order (.6) | 1.30 | 130.00 | BAM |
|  | NO CHARGE | 0.80 | N/C | BAM |
| Oct-24-16 | Review and revise final fee application | 0.50 | 200.00 | CCO |
| Nov-03-16 | Calculate final fee application spreadsheet totals | 3.50 | 350.00 | BAM |
| Nov-04-16 | Continue updating fee application spreadsheet and application (1.9); assemble exhibit A (.1); email to M. Guyerson (.1) | 2.20 | 220.00 | BAM |
| Nov-14-16 | Review and revise Final Fee Application | 1.10 | 440.00 | CCO |

| Nov-15-16 | Review and revise final  fee application spreadsheet (.4); determine costs for serving, email to Upshot for copy of core service list, review previous certificates of service and download court's service matrix (.7) | 1.10 | N/C | BAM |
|---|---|---|---|---|
| Nov-16-16 | Continue to calculate costs for service of final fee application | 0.50 | N/C | BAM |
| | Totals | 14.60 | $1,700.00 | |

## DISBURSEMENTS

| Dec-09-16 | Copy and Postage Charges | 344.00 |
|---|---|---|
| | Totals | $344.00 |

| | **Total Fee & Disbursements** | **$2,044.00** |
|---|---|---|
| | Previous Balance | 583.75 |
| | Previous Payments | 45.00 |
| | **Balance Now Due** | **$2,582.75** |

TAX ID Number        20-1238208

## PAYMENT DETAILS

| Nov-01-16 | Payment on Invoice for Services Payment on Inv. Nos. 8103, | 45.00 |
|---|---|---|
| | **Total Payments** | **$45.00** |