## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>ATNA RESOURCES INC., ET AL.,<br>Debtor. | Bankruptcy Case No. 15-22848-JGR<br>Jointly Administered Under<br>Case No. 15-22848-JGR<br>Chapter 11 |

## JUDGMENT

        This matter came before the Court on the Motion to Administratively Close Chapter 11 Cases filed by the Liquidating Trustee (docket #803), the Objection filed by the United States Trustee (docket #815), the Reply filed by the Liquidating Trustee (docket #817), and the supporting briefs thereto.  In accordance with the order issued by this Court concurrently herewith,

        **IT IS HEREBY ORDERED AND ADJUDGED** that the LT's Motion to Administratively Close Chapter 11 Cases (docket #803) is DENIED.

DATED:  November 1, 2017

APPROVED AND ACCEPTED:

By: _____
    Joseph G. Rosania, Jr.,
    U.S. Bankruptcy Judge

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: _____

        Deputy