**DEBTOR:** Atna Resources Inc.          **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 15-22848-JGR   **FOR QUARTER ENDED:** 30-Jun-18

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | |
|---|---|---:|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 116,548.74 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 0.00 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 0.00 ) |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 116,548.74 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---:|---:|---:|
| 1. | **ADMINISTRATIVE EXPENSES** | | | |
| | Plan Trustee Compensation | $ 0 | $ 0 | $ 8,827.43 |
| | Plan Trustee Expense | 0 | | |
| | Attorney Fees - Trustee | 0 | 2,673.91 * | 2,673.91 * |
| | Attorney Fees - Debtor | 0 | | |
| | Other Professionals | 0 | | |
| | Other Administrative Expenses | 0.00 | 2,042.29 | 2,042.29 |
| | TOTAL ADMINISTRATIVE EXPENSES | $ 0 | $ 4,716.20 | $ 10,649.94 |
| 2. | SECURED CREDITORS | $ 0 | | 0 |
| 3. | PRIORITY CREDITORS | $ 0 | | 0.00 |
| 4. | UNSECURED CREDITORS | $ 0.00 | 0 | 110,721.30 |
| 5. | EQUITY SECURITY HOLDERS | $ | | |
| 6. | Attach additional sheets as nece | $ | | 0 |
| | **TOTAL PLAN PAYMENTS** | $ 0.00 | $ 4,716.20 | $ 116,548.74 |

| | | Amount | Date | Check No. |
|---|---|---:|---|---|
| | **QUARTERLY FEE PAID:** | $ 325 | To be paid | |

**PLAN STATUS:**                                                            Yes No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   [ ] [X]

2. Are all post-confirmation obligations current? (If no, attach explanation.)   [X] [ ]

3. Projected date of application for final decree: _____ 2nd quarter 2019

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

By: _____
Atna Liquidating Trust for Horizon Wyoming Uranium

Kenneth J. Buechler, Trustee Liquidating Trust

Email & Phone: ken@bandglawoffice.com, 720-381-0045

Form 3
Rev. 12/10/200